UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 1:12-cv-23927-PAS

SALUD SERVICES, INC., a Florida corporation, d/b/a
ENDEAVOR BUS LINES; READY BUS LINE, a
Minnesota corporation; GENTRY COACH
COMPANY, a Tennessee corporation, d/b/a GENTRY
TRAILWAYS; VANDALIA BUS LINES, INC., an
Illinois corporation; TRI-CITY CHARTER OF
BOSSIER, INC., a Louisiana corporation; RBL
WISCONSIN, INC., a Wisconsin corporation;
ROADRUNNER CHARTERS, INC., a Texas
corporation; and ECLIPSE CHARTERS & TOURS,
LLC, an Indiana limited liability company,

        Plaintiffs,

v.

CATERPILLAR, INC., a Delaware corporation,

        Defendants.

_____/

**PLAINTIFFS' EXPERT WITNESS IDENTIFICATION PURSUANT TO RULE 26(A)(2)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiffs, hereby provides to Defendants the following Expert Witness identifications. Plaintiffs accordingly reserve the right to supplement or amend these disclosures in the future. Plaintiffs file this identification of class certification experts in an abundance of caution as Plaintiffs have filed a Motion for Extension of Time to Disclose Class Certification Experts and are awaiting a ruling from the Court.

**RETAINED EXPERTS**

1. Neil Hannemann
   964 Rancho Santa Fe Road

Salud Services v. Caterpillar
Case No.: 1:12-cv-23927-PAS
Page 2

Encinitas, CA 92024

It is anticipated that Mr. Hannemann will testify, as to class certification, that, to a reasonable degree of engineering certainty:

A. There are no material variations in C-13 engines that effect the claim that CAT's CRS employed in its 2007 EPA compliant emissions systems are defective and cannot be repaired or replaced.
B. The C-13 engines' CRS has a common defect in material and workmanship under CAT's emissions warranty.
C. The CAT emissions warranty required CAT to "correct the defect."
D. In spite of numerous attempts, CAT was unable to correct the defect in the emissions system.
E. Repair and/or replacement will not correct the defect.
F. The CAT CRS is inherently defective as established by the history of repeated failures and therefore cannot be repaired or replaced, and the only way to correct the defect is to replace the diesel engines with a diesel engine that does not have the CAT CRS.
G. The engine must be replaced because the CRS is so integral to the CAT C-13 diesel engine and the emissions system alone cannot be repaired or replaced for these engines.
H. The C-13 engines do not pass without objection in the trade, and are not fit for the ordinary purpose of commercial transportation of passengers, because the repeated failures of regeneration, occurrence of derating and shutdown, and check engine lights all related to fault detection in the CAT CRS make the bus unreliable for the commercial transportation of passengers.
I. The Plaintiffs' buses all reflect repeated faults in the CRS which make the bus unusable as unreliable for the transportation of passengers, and will continue to do so unless the diesel engines are replaced. Each Plaintiff has experienced CRS faults that are typical of the same defective emissions systems in the C-13 engine.

In spite of numerous requests, Defendant has failed to produce the documents requested by the Plaintiffs in their FRCP 34 documents requests. Failure to produce the documents requested in a timely fashion has prevented Plaintiffs' disclosed expert from providing a complete statement of all opinions the witness will express and the basis of those opinions; the facts and data upon which he has relied in forming them; the exhibits he will use to summarize or support them; and to prepare his written report pertaining to class certification about which he anticipates testifying. Plaintiffs therefore reserve the right to supplement and or modify this disclosure upon Defendant's completion of the document production requested by the Plaintiffs.

*Leopold Law, P.A.*
*2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410*
*Telephone: (561) 515-1400  Facsimile (561) 515-1401*

Plaintiffs further reserve the right to disclose additional experts upon review of the Defendant's document production.

Mr. Hannemann's curriculum vitae is attached hereto.

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

s/THEODORE J. LEOPOLD
THEODORE J. LEOPOLD (Florida Bar No.: 705608)
Email: tleopold@leopold-law.com
LEOPOLD LAW, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
Attorneys for Plaintiffs