UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
*MIAMI DIVISION*

Case No. 1:12-cv-23927-SEITZ/SIMONTON

SALUD SERVICES, INC., a Florida corporation, d/b/a ENDEAVOR BUS LINES; GENTRY COACH CO., a Tennessee corporation, d/b/a GENTRY TRAILWAYS; VANDALIA BUS LINES, INC., an Illinois corporation; ROADRUNNER CHARTERS, INC., a Texas corporation; and ECLIPSE CHARTERS & TOURS, LLC, an Indiana limited liability company,

        Plaintiffs,

vs.

CATERPILLAR INC., a Delaware corporation,

        Defendant.
_____/

**DEFENDANT CATERPILLAR INC.'S MOTION TO DISMISS
COUNTS 2 AND 3 OF THE THIRD AMENDED COMPLAINT
& INCORPORATED MEMORANDUM OF LAW**

Defendant, Caterpillar Inc., pursuant to Fed. R. Civ. P. 12(b)(6) and S.D. Fla. L.R. 7.1, moves to dismiss Counts 2 and 3 of the third amended complaint ("TAC") [DE—119], and as grounds states:

### INTRODUCTION

In their third amended complaint, Plaintiffs allege a nationwide class "on behalf of themselves and a putative class of similarly situated bus owners and lessors who purchased or leased buses for use in the transportation of passengers for hire, with a 2007, 2008, or 2009

Case No. 1:12-cv-23927-SEITZ/SIMONTON

("2007-9") Caterpillar, Inc. [sic] C-13 or C-15[1] heavy duty on-highway diesel engine." [DE—119 at 1]. Although the class purports to be nationwide, it is being brought by five named plaintiffs who are residents of and subject to the laws of five different states.[2]

The third amended complaint alleges three counts, one for breach of an express warranty and two for breach of implied warranties. The breach of implied warranty claims in Counts 2 and 3 suffer from the same fatal flaws as the previously dismissed implied-warranty-counts in the prior iteration of the complaint. For this reason, Caterpillar adopts and incorporates sections II.A and II.C of its motion to dismiss the second amended complaint [DE—48 at 5-7] as grounds for the dismissal of Counts 2 and 3 of the third amended complaint. Plaintiffs have not and cannot state claims for breach of implied warranties because the Florida, Illinois and Indiana Plaintiffs do not and cannot allege privity between them and Caterpillar and because Caterpillar validly disclaimed all implied warranties in its limited express warranty.

Given that this is Plaintiffs' fourth iteration of their initial pleading, Caterpillar asks this Court to dismiss Counts 2 and 3 with prejudice.

## PROCEDURAL BACKGROUND

The original class-action complaint filed in state court on May 14, 2012 asserted claims on behalf of Salud Services, Inc. only. That complaint asserted five counts, and attempted to certify a putative class defined as "all Florida persons or entities that leased or purchased a bus containing a 2008/9 Caterpillar C-13 bus engine with an emissions regeneration system that perform[ed consistent with the allegations in the original complaint]." [DE—1]. Shortly after

---

1. Based upon information available to Caterpillar, there are no buses powered by the EPA 2007 Compliant C15 engine.

2. Each of these Plaintiffs is purportedly the class representative for a subclass representing the five states in which they are registered to do business. *See* TAC ¶¶ 62–67. There is no explanation why these five jurisdictions are treated differently from the remaining 46 jurisdictions those representatives purport to represent as part of the putative nationwide class.

2

Case No. 1:12-cv-23927-SEITZ/SIMONTON

this Court dismissed the negligence and strict liability claims [DE—11], Plaintiffs moved for leave to amend [DE—13].

The amended complaint [DE—17] greatly expanded the scope of the litigation. Rather than having one named plaintiff representing a class within a single jurisdiction, the amended complaint alleged an eight-state class with eight sub-classes, which would be represented by eight different named plaintiffs–one from each state. It alleged seven counts, including: breach of express warranty, breach of implied warranty for a particular purpose, breach of warranty of merchantability, and 4 counts based on the consumer protection laws of Florida, Illinois, Minnesota and Indiana. After less than a month, Plaintiffs again moved, *ore tenus*, for leave to file a second amended complaint [DE—43].

The second amended complaint, which alleged seven counts, including breaches of an express warranty and the implied warranties of merchantability and fitness for a particular purpose, suffered from multiple deficiencies. In particular, Plaintiffs' implied warranty claims in Counts 2 and 3 failed as a matter of law because of a lack of privity and an express disclaimer of all implied warranties. Because of these and other deficiencies, this Court dismissed the second amended complaint in its entirety, but granted Plaintiffs leave to replead Counts 1, 2, and 3. The Court "cautioned [Plaintiffs] about re-pleading the breach of implied warranty claims unless they have a specific factual and legal justification for pleading those claims." *See* DE—110 at p. 2.

On November 15, 2013, Plaintiffs filed their third amended complaint. The first count is for breach of express warranty, which Caterpillar is answering contemporaneously with filing of this motion. Counts 2 and 3 improperly replead claims for breach of implied warranties, despite the lack of privity between some Plaintiffs and Caterpillar, and despite the explicit disclaimer of any implied warranties associated with Caterpillar's heavy duty engines contained in the

01017-000752/1084/djd

SEDGWICK LLP
ATTORNEYS FOR CATERPILLAR INC.

Case No. 1:12-cv-23927-SEITZ/SIMONTON

Caterpillar Limited Warranty. As discussed below, Plaintiffs have no "specific factual and legal justification" for repleading those legally insufficient claims and they should be dismissed with prejudice.

**MEMORANDUM OF LAW**

**PLAINTIFFS' CLAIMS FOR BREACH OF IMPLIED WARRANTIES IN COUNTS 2 AND 3 FAIL TO STATE VALID CLAIMS UPON WHICH RELIEF CAN BE GRANTED**

Despite being unable to remedy the deficiencies in the implied-warranty-counts in the second amended complaint, Plaintiffs again attempt to allege claims based on implied warranties of fitness for a particular purpose (Count 2) and merchantability (Count 3) in the third amended complaint. As discussed below, these counts should be dismissed with prejudice.

A.   **No Privity** (Florida, Illinois, Indiana)

Counts 2 and 3 of the third amended complaint fail to state a claim on behalf of Salud (Florida), Vandalia (Illinois) or Eclipse (Indiana) because Plaintiffs do not and cannot allege that there was privity between them and Caterpillar. *See* TAC ¶¶ 93–108, 109–115; *see also* DE—48, § II.A. Plaintiffs have not remedied and cannot remedy this deficiency. Count 2 must be dismissed with regard to Plaintiffs representing Florida (Salud), Illinois (Vandalia) and Indiana (Eclipse), and Count 3 must be dismissed as to the Plaintiffs representing Florida (Salud) and Illinois (Vandalia).[3]

---

3.   Although lack of privity does not defeat Eclipse's Indiana claim for breach of the implied warranty of merchantability, that claim still fails because the implied warranty is expressly disclaimed. *See*, DE—48, § II.C.

Case No. 1:12-cv-23927-SEITZ/SIMONTON

**B.      Implied Warranties Disclaimed (All Plaintiffs)**

For the same reasons stated in the motion to dismiss the second amended complaint [DE—48, § III.C.], Caterpillar's express disclaimer of all implied warranties in its Limited Warranty bars any claim based on an alleged breach of any implied warranties. *See* DE—48, pp. 6–7. Nevertheless, to avoid the clear and conspicuous language in the limited warranty, Plaintiffs focus solely on the Federal Emissions Control Warranty, which is expressly referenced in and is part of Caterpillar's Limited Warranty.[4] *See* TAC ¶¶ 82, 106, Exh. C [DE—120-5]. As discussed below, Plaintiffs' new argument that there are viable implied warranties because they were not specifically disclaimed in the emission warranty is based on an illogical, strained and unjustified reading of Caterpillar's warranties.

---

4.      Although Plaintiffs attached a copy of the Caterpillar Limited Warranty to all prior versions of their complaint, they failed to do so for the third amended complaint. This, however, does not preclude this Court from considering it in assessing the legal sufficiency of the third amended complaint, especially when the emission warranty references the limited warranty. *Brooks v. Blue Cross and Blue Shield of Fla., Inc.,* 116 F.3d 1364, 1369 (11th Cir. 1997); *see also GFF Corp. v. Assoc. Wholesale Grocers, Inc.*, 130 F.3d 1381, 1394–85 (10th Cir. 1997) ("If the rule were otherwise, a plaintiff with a deficient claim could survive a motion to dismiss simply by not attaching a dispositive document upon which the plaintiff relied."); Fed. R. Civ. P. 10(c) ("A copy of a written instrument that is an exhibit to a pleading is part of the pleading for all purposes."). For the Court's convenience, a copy of the Caterpillar Limited Warranty is attached to this motion as **Composite Exhibit A**. Accordingly, this Court should consider the Caterpillar Limited Warranty in ruling on this motion to dismiss.

5

Case No. 1:12-cv-23927-SEITZ/SIMONTON

Caterpillar's limited warranty is expressly applicable to the heavy duty engines put at issue in the third amended complaint:

> **CATERPILLAR LIMITED WARRANTY**
> New Heavy Duty Engines Powering On-Highway Vehicles
> Worldwide

*See* **Composite Exhibit A**; *see also* DE—43-1 (highlight added).[5]  That limited warranty explicitly disclaims all warranties associated with the Caterpillar heavy duty engines other than the limited warranty itself and the emissions-related components warranty.  This disclaimer expressly and specifically excludes any implied warranties of fitness or merchantability that might otherwise have been associated with the subject engines:

> THIS WARRANTY IS EXPRESSLY IN LIEU OF ANY OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, EXCEPT CATERPILLAR EMISSION-RELATED COMPONENTS WARRANTIES FOR NEW ENGINES, WHERE APPLICABLE. REMEDIES UNDER THIS WARRANTY ARE LIMITED TO THE PROVISIONS OF MATERIAL AND SERVICES, AS SPECIFIED HEREIN. CATERPILLAR IS NOT RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

*See* **Composite Exhibit A** at p. 2 (highlight added).  Significantly, the emissions-components related warranty that Plaintiffs attach to their third amended complaint expressly identifies itself as "in addition to" (and not in place of) the Caterpillar Limited Warranty:

> This warranty is in addition to Caterpillar Inc. standard warranty, applicable to the truck engine product involved.

*See* TAC, Exh. B at p. 4 [DE—120-5].

---

5. Consistent with this, Plaintiffs alleged in their Second Amended Complaint that "Caterpillar provides to the "user" of the bus, Express Warranties on every 2007-9 CAT C-13 Engine installed in a vehicle irrespective of whether the user is the owner or lessor of the vehicle.  The Express Warranties included the Caterpillar Limited Warranty New Heavy Duty Engines Powering On-Highway Vehicles (Engine Warranty), and the On-Highway Vehicle Engine Emissions Warranty (Emissions Warranty)" *See* Second Amended Complaint [DE—43], ¶ 45.

6

Case No. 1:12-cv-23927-SEITZ/SIMONTON

The plain language of these provisions makes clear that only two warranties apply to the heavy duty engines at issue: the Caterpillar Limited Warranty and the emissions-related components warranty. Plaintiffs' allegation that "[t]he CAT Emission Warranty does not disclaim any implied warranties" does not save Counts 2 and 3 from dismissal. The fact that there is no disclaimer in the emission warranty is of no import; the limited warranty fully and effectively disclaims *all* implied warranties. Further, implied warranties are not created by and do not spring from express warranties. Instead, implied warranties arise from contracts for the sale of products by certain individuals under specific circumstances. *See* U.C.C. § 2-314(1), cmt. 2 ("Goods delivered under an agreement made by a merchant in a given line of trade must be of a quality comparable to that generally acceptable in that line of trade."); *see also* 63 Am. Jur. 2d *Products Liability* § 656 ("Implied warranties arise by operation of law and not by agreement of the parties. It is a conclusion or inference of law, although it is said to arise from a contractual relationship.") (footnotes omitted). The Caterpillar Limited Warranty properly disclaimed any and all implied warranties under the law, regardless of whether there was a separate disclaimer in the emission warranty. *See* DE—48, § II.C.

Accordingly, Counts 2 and 3 of the third amended complaint fail to state claims upon which relief can be granted and they should be dismissed with prejudice.

## CONCLUSION

Based on the above, Defendant Caterpillar Inc. requests entry of an order dismissing Counts 2 and 3 of Plaintiffs' third amended complaint with prejudice.

Case No. 1:12-cv-23927-SEITZ/SIMONTON

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing motion to dismiss was served electronically via the CM/ECF system on this 6th day of December, 2013 on all counsel of record listed on the attached service list.

                        SEDGWICK LLP

By: /s/ Kimberly Cook
KIMBERLY COOK
Florida Bar No. 0714320
kimberly.cook@sedgwicklaw.com
9155 S. Dadeland Blvd., Ste 1208
Miami, FL 33156-2737
Ph-305/436-3682; Fx-305/671-2159

and

JAMES H. KEALE (*Pro Hac Vice*)
New Jersey Bar No. 23771983
james.keale@sedgwicklaw.com
Three Gateway Center, 12th Flr.
Newark, NJ 07102
Ph-973/242-0002; Fx-973/242-8099

and

DAVID J. DEPIANO
Florida Bar No. 0055699
david.depiano@sedgwicklaw.com
2400 E. Commercial Blvd., Ste. 1100
Ft. Lauderdale, FL 33308
Ph-954/958-2500; fx-954/958-2513

Case No. 1:12-cv-23927-SEITZ/SIMONTON

## SERVICE LIST
*Salud Services, Inc., et al. v. Caterpillar*
USDC, S.D. Fla., Miami Division Case No. 1:12-23927-CIV-SEITZ/SIMONTON

| | |
|---|---|
| THEODORE J. LEOPOLD, ESQ.<br>LESLIE M. KROEGER, ESQ.<br>LEOPOLD LAW, P.A.<br>2925 PGA Blvd., Ste. 200<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 515-1400<br>Facsimile: (561) 515-1401<br>Email: tleopold@leopold-law.com<br>lkroeger@leopold-law.com<br>Attorney for Plaintiffs | KEVIN T. HOERNER, ESQ.<br>BECKER, PAULSON, HOERNER &<br>THOMPSON, P.C.<br>5111 W. Main St.<br>Belleville, IL 62226<br>Telephone: (618) 235-0020<br>Facsimile: (618) 235-8558<br>Email: KTH@bphtlaw.com<br>Co-Counsel for Plaintiffs |
| SCOTT GEORGE, ESQ.<br>JONATHAN SHUB, ESQ.<br>SEEGER WEISS LLP<br>1515 Market St., Ste. 1380<br>Philadelphia, PA 19102<br>Telephone: (215) 553-7980<br>Facsimile: (215) 851-8029<br>Email: SGeorge@SeegerWeiss.com;<br>JShub@SeegerWeiss.com<br>Co-Counsel for Plaintiffs | MARK S. FISTOS, ESQ.<br>STEVEN R. JAFFE, ESQ.<br>SETH M. LEHRMAN, ESQ.<br>FARMER, JAFFE, WEISSING, EDWARDS,<br>FISTOS & LEHRMAN, P.L.<br>425 N. Andrews Ave., Ste. Two<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 524-2820<br>Facsimile: (954) 524-2822<br>Email: Mark@pathtojustice.com;<br>SJaffe@pathtojustice.com;<br>Seth@pathtojustice.com<br>Co-Counsel for Plaintiffs |
| RICHARD J. BURKE, ESQ.<br>COMPLEX LITIGATION GROUP LLC<br>1010 Market St., Ste. 1340<br>St. Louis, MO 63101<br>Telephone: (314) 880-7000<br>Facsimile: (314) 220-7777<br>Email: Rich@complexlitgroup.com<br>Co-Counsel for Plaintiffs | SCOTT R. SHEPHERD, ESQ.<br>NATHAN C. ZIPPERIAN, ESQ.<br>SHEPHERD, FINKELMAN, MILLER &<br>SHAH, LLP<br>1650 Town Center Circle, Ste. 216<br>Weston, FL 33326<br>Telephone: (954) 515-0123<br>Facsimile: (954) 515-0124<br>Email: sshepherd@sfmslaw.com'<br>nzipperian@sfmslaw.com<br>Co-Counsel for Plaintiffs |

9

EXHIBIT A

*Effective with sales to the first user on or after January 1, 2003*

# CATERPILLAR LIMITED WARRANTY

## New Heavy Duty Engines Powering On-Highway Vehicles Worldwide

Caterpillar Inc. or any of its subsidiaries ("Caterpillar") warrants new 10.3 liter up to and including 18.1 liter engines sold by it for use in powering on-highway vehicles to be free from defects in material and workmanship.

This warranty is subject to the following:

### Warranty Period

The *standard warranty period* for new engines powering on-highway vehicles, other than those powering recreational vehicles, fire trucks, emergency service vehicles and ambulances, is 24 months after date of delivery to the first user.

The *standard warranty period* for new engines powering recreational vehicles, fire trucks, emergency service vehicles and ambulances, is 60 months or 200,000 miles (321,869 kilometers), whichever occurs first after date of delivery to the first user.

### Extended Warranty

An *extended warranty period* applies to new engines powering on-highway vehicles (other than those powering recreational vehicles, fire trucks, emergency service vehicles and ambulances) and applies solely to the following components: cylinder block casting, crankshaft, connecting rod assemblies, cylinder head casting, camshaft, main bearing bolts, flywheel housing, oil cooler housing, water pump housing, air intake housing, and electronic control module.

These parts are warranted against defects in material and workmanship for 60 months or 500,000 miles (804,672 kilometers) or 10,000 operating hours, whichever occurs first after date of delivery to the first user. This warranty runs concurrently with the standard warranty period.

### Caterpillar Responsibilities

If a defect in material or workmanship is found during the *standard warranty period*, Caterpillar will, during normal working hours and at a place of business of a Caterpillar dealer or source approved by Caterpillar:

- Provide (at Caterpillar's choice) new, Remanufactured or Caterpillar-approved repaired parts or assembled components needed to correct the defect.
- Replace lubricating oil, filters, coolant and other service items made unusable by the defect.
- If the defective part or assembled component was installed by Caterpillar, a Caterpillar dealer, or other authorized source, provide reasonable or customary labor needed to correct the defect, including labor for removal and installation when necessary to make the repair.
- Provide reasonable or customary towing to the nearest authorized repair facility or reasonable travel expenses from the nearest authorized repair facility, if the vehicle is inoperable or continued operation would result in additional engine damage.

If a defect in material or workmanship is found during the *extended warranty period*, Caterpillar will, during normal working hours and at a place of business of a Caterpillar dealer of other source approved by Caterpillar:

- Provide (at Caterpillar's choice) new, Remanufactured, or Caterpillar-approved repaired parts or assembled components needed to correct the defect.

Note: Items replaced under this warranty become the property of Caterpillar.

### User Responsibilities

During the *standard warranty period*, the user is responsible for:

- Providing proof of the delivery date to the first user.
- Labor costs, except as stated under "Caterpillar Responsibilities".
- Travel or transporting costs, except as stated under Caterpillar Responsibilities/Limitations".
- Premium or overtime labor costs.
- Parts shipping charges in excess of those which are usual and customary.
- Local taxes, if applicable.
- Costs to investigate complaints, unless the problem is caused by a defect in Caterpillar material or workmanship.
- Giving timely notice of a warrantable failure and promptly making the product available for repair.
- Performance of required maintenance (including use of proper fuel, oil, filters, lubricants and coolant) and items replaced due to normal wear and tear.
- Allowing Caterpillar access to all electronically stored data.

During the *extended warranty period*, the user is responsible for:

- Providing proof of delivery date to the first user.
- All costs except for replacement parts or assembled components as specified.
- Giving timely notice of a warrantable failure and promptly making the product available for repair.
- Performance of required maintenance (including use of proper fuel, oil, filters, lubricants and coolant) and items replaced due to normal wear and tear.

*(continued on reverse side )*

SELF5350

CAT-000001

**Limitations**

Caterpillar is not responsible for:

- Failures resulting from any use or installation which Caterpillar judges improper.
- Failures resulting from attachments, accessory items and parts not sold or approved by Caterpillar.
- Failures resulting from abuse, neglect and/or improper repair.
- Failures resulting from user's delay in making the product available after being notified of a potential product problem.
- Failures resulting from unauthorized repair or adjustments.
- Repair or replacement of unit injector assemblies after 150,000 miles (241,402 kilometers).
- Repair or replacement of water pump seals or thermostats after 200,000 miles (321,869 kilometers).
- Repair of auxiliary braking devices not manufactured by Caterpillar. Such devices are warranted by their manufacturer.
- For product operating in the Middle East, Africa, and within the territories administered by Caterpillar S.A.R.L., Singapore Branch, certain limitations may apply to towing and/or travel expenses based on geographic location and proximity to the nearest authorized repair facility to determine if these limitations apply.

For products operating outside of Australia, Fiji, Nauru, New Caledonia, New Zealand, Papua New Guinea, the Solomon Islands and Tahiti, the following is applicable:

NEITHER THE FOREGOING EXPRESS WARRANTY NOR ANY OTHER WARRANTY BY CATERPILLAR, EXPRESS OR IMPLIED, IS APPLICABLE TO ANY ITEM CATERPILLAR SELLS WHICH IS WARRANTED DIRECTLY TO THE USER BY ITS MANUFACTURER.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ANY OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, EXCEPT CATERPILLAR EMISSION-RELATED COMPONENTS WARRANTIES FOR NEW ENGINES, WHERE APPLICABLE. REMEDIES UNDER THIS WARRANTY ARE LIMITED TO THE PROVISIONS OF MATERIAL AND SERVICES, AS SPECIFIED HEREIN. CATERPILLAR IS NOT RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

CATERPILLAR EXCLUDES ALL LIABILITY FOR OR ARISING FROM ANY NEGLIGENCE ON ITS PART OR ON THE PART OF ANY OF ITS EMPLOYEES, AGENTS OR REPRESENTATIVES IN RESPECT OF THE MANUFACTURE OR SUPPLY OF GOODS OR THE PROVISION OF SERVICES RELATING TO THE GOODS.

IF OTHERWISE APPLICABLE, THE VIENNA CONVENTION (CONTRACTS FOR THE INTERNATIONAL SALE OF GOODS) IS EXCLUDED IN ITS ENTIRETY.

For personal or family use engines operating in the USA, its territories and possessions, some states do not allow limitations on how long an implied warranty may last nor allow the exclusion or limitation of incidental or consequential damages. Therefore, the previously expressed exclusion may not apply to you.

This warranty gives you specific legal rights and you may also have other rights, which vary by jurisdiction. To find the location of the nearest Caterpillar dealer or other authorized repair facility call (800) 447-4986. If you have questions concerning this warranty or its applications, call or write: In USA and Canada: Caterpillar Inc. Engine Division, P.O. Box 610, Mossville, IL 61552-0610, Attention: Customer Service Manager, Telephone (800) 447-4986. Outside the USA and Canada: Contact your Caterpillar dealer.

For products operating in Australia, Fiji, Nauru, New Caledonia, New Zealand, Papua New Guinea, the Solomon Islands and Tahiti, the following is applicable:

THIS WARRANTY IS IN ADDITION TO WARRANTIES AND CONDITIONS IMPLIED BY STATUTE AND OTHER STATUTORY RIGHTS AND OBLIGATIONS THAT BY ANY APPLICABLE LAW CANNOT BE EXCLUDED, RESTRICTED OR MODIFIED ("MANDATORY RIGHTS"). ALL OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED (BY STATUTE OR OTHERWISE), ARE EXCLUDED.

NEITHER THIS WARRANTY NOT ANY OTHER CONDITION OR WARRANTY BY CATERPILLAR, EXPRESS OR IMPLIED (SUBJECT ONLY TO THE MANDATORY RIGHTS), IS APPLICABLE TO ANY ITEM CATERPILLAR SELLS WHICH IS WARRANTED DIRECTLY TO THE USER BY ITS MANUFACTURER.

TO THE EXTENT PERMITTED UNDER MANDATORY RIGHTS, IF CATERPILLAR IS THE SUPPLIER TO THE USER, CATERPILLAR'S LIABILITY SHALL BE LIMITED AT ITS OPTION TO (a) IN THE CASE OF SERVICES, THE SUPPLY OF THE SERVICES AGAIN OR THE PAYMENT OF THE COST OF HAVING THE SERVICES SUPPLIED AGAIN, AND (b) IN THE CASE OF GOODS, THE REPAIR OR REPLACEMENT OF THE GOODS, THE SUPPLY OF EQUIVALENT GOODS, THE PAYMENT OF THE COST OF SUCH REPAIR OR REPLACEMENT OR THE ACQUISITION OF EQUIVALENT GOODS.

CATERPILLAR IS NOT LIABLE FOR OR ARISING FROM ANY NEGLIGENCE ON ITS PART OR ON THE PART OF ANY OF ITS EMPLOYEES, AGENTS OR REPRESENTATIVES IN RESPECT OF THE MANUFACTURE OR SUPPLY OF GOODS OR THE PROVISION OF SERVICES RELATING TO THE GOODS.

CATERPILLAR IS NOT LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES UNLESS IMPOSED UNDER MANDATORY RIGHTS.

IF OTHERWISE APPLICABLE, THE VIENNA CONVENTION (CONTRACTS FOR THE INTERNATIONAL SALE OF GOODS) IS EXCLUDED IN ITS ENTIRETY.

This warranty covers every major component of the products. Claims under this warranty should be limited to a place of business of a Caterpillar dealer or other source approved by Caterpillar. For further information concerning either the location to submit claims or Caterpillar as the issuer of this warranty, write Caterpillar Inc., 100 N.E. Adams St., Peoria, IL USA 61629.

Case 1:12-cv-23927-PAS Document 43-1 Entered on FLSD Docket 03/22/2013 Page 3 of 6

# CATERPILLAR LIMITED WARRANTY

## New Heavy Duty Engines Powering On-Highway Vehicles

### Worldwide

*Effective with sales to the first user on or after March 1, 2008*

Caterpillar Inc. or any of its subsidiaries ("Caterpillar") warrants new 10.3 liter up to and including 18.1-liter engines sold by it for use in powering on-highway vehicles to be free from defects in material and workmanship.

This warranty is subject to the following:

### Warranty Period

The *standard warranty period* for new engines powering on-highway vehicles, other than those powering recreational vehicles, fire trucks, emergency service vehicles and ambulances, is 24 months after date of delivery to the first user.

The *standard warranty period* for new engines powering recreational vehicles, fire trucks, emergency service vehicles and ambulances, is 60 months or 200,000 miles (321,869 kilometers), whichever occurs first after date of delivery to the first user.

### Extended Warranty

An *extended warranty period* applies to new engines powering on-highway vehicles (other than those powering recreational vehicles, fire trucks, emergency service vehicles and ambulances) and applies solely to the following components: cylinder block casting, crankshaft, connecting rod assemblies, cylinder head casting, camshaft, main bearing bolts, flywheel housing, oil cooler housing, water pump housing, air intake housing, and electronic control module.

These parts are warranted against defects in material and workmanship for 60 months or 500,000 miles (804,672 kilometers) or 10,000 operating hours, whichever occurs first after date of delivery to the first user. This warranty runs concurrently with the standard warranty period.

### Caterpillar Responsibilities

If a defect in material or workmanship is found during the *standard warranty period*, Caterpillar will, during normal working hours and at a place of business of a Caterpillar dealer or source approved by Caterpillar:

- Provide (at Caterpillar's choice) new, Remanufactured or Caterpillar-approved repaired parts or assembled components needed to correct the defect.
- Replace lubricating oil, filters, coolant and other service items made unusable by the defect.
- If the defective part or assembled component was installed by Caterpillar, a Caterpillar dealer, or other authorized source, provide reasonable or customary labor needed to correct the defect, including labor for removal and installation when necessary to make the repair.
- Provide reasonable or customary towing to the nearest authorized repair facility or reasonable travel expenses from the nearest authorized repair facility, if the vehicle is inoperable or continued operation would result in additional engine damage.

If a defect in material or workmanship is found during the *extended warranty period*, Caterpillar will, during normal working hours and at a place of business of a Caterpillar dealer of other source approved by Caterpillar:

- Provide (at Caterpillar's choice) new, Remanufactured, or Caterpillar-approved repaired parts or assembled components needed to correct the defect.

Note: Items replaced under this warranty become the property of Caterpillar.

### User Responsibilities

- During the *standard warranty period*, the user is responsible for:
- Providing proof of the delivery date to the first user.
- Labor costs, except as stated under "Caterpillar Responsibilities".
- Travel or transporting costs, except as stated under Caterpillar Responsibilities/Limitations".
- Premium or overtime labor costs.
- Parts shipping charges in excess of those, which are usual and customary.
- Local taxes, if applicable.
- Costs to investigate complaints, unless the problem is caused by a defect in Caterpillar material or workmanship.
- Giving timely notice of a warrantable failure and promptly making the product available for repair.
- Performance of required maintenance (including use of proper fuel, oil, filters, lubricants and coolant) and items replaced due to normal wear and tear.
- Allowing Caterpillar access to all electronically stored data.
- During the *extended warranty period*, the user is responsible for:
- Providing proof of delivery date to the first user.
- All costs except for replacement parts or assembled components as specified.
- Giving timely notice of a warrantable failure and promptly making the product available for repair.
- Performance of required maintenance (including use of proper fuel, oil, filters, lubricants and coolant) and items replaced due to normal wear and tear.

*(continued on reverse side...)*


CAT_AG9003

SELF5427

Case 1:12-cv-23927-PAS   Document 43-1   Entered on FLSD Docket 03/22/2013   Page 4 of 6

## Limitations

Caterpillar is not responsible for:

- Failures resulting from any use or installation which Caterpillar judges improper.
- Failures resulting from attachments, accessory items and parts not sold or approved by Caterpillar.
- Failures resulting from abuse, neglect and/or improper repair.
- Failures resulting from user's delay in making the product available after being notified of a potential product problem.
- Failures resulting from unauthorized repair or adjustments and unauthorized fuel setting changes.
- Repair or replacement of unit injector assemblies after 150,000 miles (241,402 kilometers).
- Repair or replacement of aftertreatment regeneration device combustion head assembly after 150,000 miles (241,402 kilometers)
- Repair or replacement of water pump seals or thermostats after 200,000 miles (321,869 kilometers).
- Repair of auxiliary braking devices not manufactured by Caterpillar. Such devices are warranted by their manufacturer.

For product operating in the Middle East, Africa, and within the territories administered by Caterpillar S.A.R.L.. Singapore Branch, certain limitations may apply to towing and/or travel expenses based on geographic location and proximity to the nearest authorized repair facility. Contact your nearest authorized repair facility to determine if these limitations apply.

*For products operating outside of Australia, Fiji, Nauru, New Caledonia, New Zealand, Papua New Guinea, the Solomon Islands and Tahiti, the following is applicable:*

NEITHER THE FOREGOING EXPRESS WARRANTY NOR ANY OTHER WARRANTY BY CATERPILLAR, EXPRESS OR IMPLIED, IS APPLICABLE TO ANY ITEM CATERPILLAR SELLS, WHICH IS WARRANTED DIRECTLY TO THE USER BY ITS MANUFACTURER.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ANY OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, EXCEPT CATERPILLAR EMISSION-RELATED COMPONENTS WARRANTIES FOR NEW ENGINES, WHERE APPLICABLE. REMEDIES UNDER THIS WARRANTY ARE LIMITED TO THE PROVISIONS OF MATERIAL AND SERVICES, AS SPECIFIED HEREIN. CATERPILLAR IS NOT RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

CATERPILLAR EXCLUDES ALL LIABILITY FOR OR ARISING FROM ANY NEGLIGENCE ON ITS PART OR ON THE PART OF ANY OF ITS EMPLOYEES, AGENTS OR REPRESENTATIVES IN RESPECT OF THE MANUFACTURE OR SUPPLY OF GOODS OR THE PROVISION OF SERVICES RELATING TO THE GOODS.

IF OTHERWISE APPLICABLE, THE VIENNA CONVENTION (CONTRACTS FOR THE INTERNATIONAL SALE OF GOODS) IS EXCLUDED IN ITS ENTIRETY.

For personal or family use engines operating in the USA, its territories and possessions, some states do not allow limitations on how long an implied warranty may last nor allow the exclusion or limitation of incidental or consequential damages. Therefore, the previously expressed exclusion may not apply to you.

This warranty gives you specific legal rights and you may also have other rights, which vary by jurisdiction. To find the location of the nearest Caterpillar dealer or other authorized repair facility call (800) 447-4986. If you have questions concerning this warranty or its applications, call or write: In USA and Canada: Caterpillar Inc. Engine Division, P.O. Box 610, Mossville, IL 61552-0610, Attention: Customer Service Manager, Telephone (800) 447-4986. Outside the USA and Canada: Contact your Caterpillar dealer.

*For products operating in Australia, Fiji, Nauru, New Caledonia, New Zealand, Papua New Guinea, the Solomon Islands and Tahiti, the following is applicable:*

THIS WARRANTY IS IN ADDITION TO WARRANTIES AND CONDITIONS IMPLIED BY STATUTE AND OTHER STATUTORY RIGHTS AND OBLIGATIONS THAT BY ANY APPLICABLE LAW CANNOT BE EXCLUDED, RESTRICTED OR MODIFIED ("MANDATORY RIGHTS"). ALL OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED (BY STATUTE OR OTHERWISE), ARE EXCLUDED.

NEITHER THIS WARRANTY NOT ANY OTHER CONDITION OR WARRANTY BY CATERPILLAR, EXPRESS OR IMPLIED (SUBJECT ONLY TO THE MANDATORY RIGHTS), IS APPLICABLE TO ANY ITEM CATERPILLAR SELLS WHICH IS WARRANTED DIRECTLY TO THE USER BY ITS MANUFACTURER.

TO THE EXTENT PERMITTED UNDER MANDATORY RIGHTS, IF CATERPILLAR IS THE SUPPLIER TO THE USER, CATERPILLAR'S LIABILITY SHALL BE LIMITED AT ITS OPTION TO (a) IN THE CASE OF SERVICES, THE SUPPLY OF THE SERVICES AGAIN OR THE PAYMENT OF THE COST OF HAVING THE SERVICES SUPPLIED AGAIN, AND (b) IN THE CASE OF GOODS, THE REPAIR OF REPLACEMENT OF THE GOODS, THE SUPPLY OF EQUIVALENT GOODS, THE PAYMENT OF THE COST OF SUCH REPAIR OR REPLACEMENT OR THE ACQUISITION OF EQUIVALENT GOODS.

CATERPILLAR IS NOT LIABLE FOR OR ARISING FROM ANY NEGLIGENCE ON ITS PART OR ON THE PART OF ANY OF ITS EMPLOYEES, AGENTS OR REPRESENTATIVES IN RESPECT OF THE MANUFACTURE OR SUPPLY OF GOODS OR THE PROVISION OF SERVICES RELATING TO THE GOODS.

CATERPILLAR IS NOT LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES UNLESS IMPOSED UNDER MANDATORY RIGHTS.

IF OTHERWISE APPLICABLE, THE VIENNA CONVENTION (CONTRACTS FOR THE INTERNATIONAL SALE OF GOODS) IS EXCLUDED IN ITS ENTIRETY.

This warranty covers every major component of the products. Claims under this warranty should be limited to a place of business of a Caterpillar dealer or other source approved by Caterpillar. For further information concerning either the location to submit claims or Caterpillar as the issuer of this warranty, write Caterpillar Inc., 100 N.E. Adams St., Peoria, IL USA 61629.

SELF5427

CAT_000004

*Effective with sales to the first user on or after July 1, 2008*

# CATERPILLAR LIMITED WARRANTY

## New Heavy Duty Engines Powering On-Highway Vehicles

### Worldwide

Caterpillar Inc. or any of its subsidiaries ("Caterpillar") warrants new 10.3 liter up to and including 18.1-liter engines sold by it for use in powering on-highway vehicles to be free from defects in material and workmanship.

This warranty is subject to the following:

### Warranty Period

The *standard warranty period* for new engines powering on-highway vehicles, other than those powering recreational vehicles, fire trucks, emergency service vehicles and ambulances, is 24 months after date of delivery to the first user.

The *standard warranty period* for new engines powering recreational vehicles, fire trucks, emergency service vehicles and ambulances, is 60 months or 200,000 miles (321,869 kilometers), whichever occurs first after date of delivery to the first user.

### Extended Warranty

An *extended warranty period* applies to new engines powering on-highway vehicles (other than those powering recreational vehicles, fire trucks, emergency service vehicles and ambulances) and applies solely to the following components: cylinder block casting, crankshaft, connecting rod assemblies, cylinder head casting, camshaft, main bearing bolts, flywheel housing, oil cooler housing, water pump housing, air intake housing, and electronic control module.

These parts are warranted against defects in material and workmanship for 60 months or 500,000 miles (804,672 kilometers) or 10,000 operating hours, whichever occurs first after date of delivery to the first user. This warranty runs concurrently with the standard warranty period.

### Caterpillar Responsibilities

If a defect in material or workmanship is found during the *standard warranty period*, Caterpillar will, during normal working hours and at a place of business of a Caterpillar dealer or source approved by Caterpillar:

- Provide (at Caterpillar's choice) new, Remanufactured or Caterpillar-approved repaired parts or assembled components needed to correct the defect.
- Replace lubricating oil, filters, coolant and other service items made unusable by the defect.
- If the defective part or assembled component was installed by Caterpillar, a Caterpillar dealer, or other authorized source, provide reasonable or customary labor needed to correct the defect, including labor for removal and installation when necessary to make the repair.
- Provide reasonable or customary towing to the nearest authorized repair facility or reasonable travel expenses from the nearest authorized repair facility, if the vehicle is inoperable or continued operation would result in additional engine damage.

If a defect in material or workmanship is found during the *extended warranty period*, Caterpillar will, during normal working hours and at a place of business of a Caterpillar dealer of other source approved by Caterpillar:

- Provide (at Caterpillar's choice) new, Remanufactured, or Caterpillar-approved repaired parts or assembled components needed to correct the defect.

Note: New, remanufactured, or Caterpillar approved replacement parts provided under the terms of this warranty are warranted for the remainder of the warranty period applicable to the product in which installed as if such parts were original components of that product. Items replaced under this warranty become the property of Caterpillar.

### User Responsibilities

During the *standard warranty period*, the user is responsible for:

- Providing proof of the delivery date to the first user.
- Labor costs, except as stated under "Caterpillar Responsibilities".
- Travel or transporting costs, except as stated under Caterpillar Responsibilities/Limitations".
- Premium or overtime labor costs.
- Parts shipping charges in excess of those, which are usual and customary.
- Local taxes, if applicable.
- Costs to investigate complaints, unless the problem is caused by a defect in Caterpillar material or workmanship.
- Giving timely notice of a warrantable failure and promptly making the product available for repair.
- Performance of required maintenance (including use of proper fuel, oil, filters, lubricants and coolant) and items replaced due to normal wear and tear.
- Allowing Caterpillar access to all electronically stored data.

During the *extended warranty period*, the user is responsible for:

- Providing proof of delivery date to the first user.
- All costs except for replacement parts or assembled components as specified.
- Giving timely notice of a warrantable failure and promptly making the product available for repair.
- Performance of required maintenance (including use of proper fuel, oil, filters, lubricants and coolant) and items replaced due to normal wear and tear.

*(continued on reverse side....)*


CAT A 000005

SELF5430

### Limitations

Caterpillar is not responsible for:

- Failures resulting from any use or installation which Caterpillar judges improper.
- Failures resulting from attachments, accessory items and parts not sold or approved by Caterpillar.
- Failures resulting from abuse, neglect and/or improper repair.
- Failures resulting from user's delay in making the product available after being notified of a potential product problem.
- Failures resulting from unauthorized repair or adjustments and unauthorized fuel setting changes.
- Repair or replacement of unit injector assemblies after 150,000 miles (241,402 kilometers).
- Repair or replacement of water pump seals or thermostats after 200,000 miles (321,869 kilometers).
- Repair of auxiliary braking devices not manufactured by Caterpillar. Such devices are warranted by their manufacturer.

For product operating in the Middle East, Africa, and within the territories administered by Caterpillar S.A.R.L... Singapore Branch, certain limitations may apply to towing and/or travel expenses based on geographic location and proximity to the nearest authorized repair facility. Contact your nearest authorized repair facility to determine if these limitations apply.

For products operating outside of Australia, Fiji, Nauru, New Caledonia, New Zealand, Papua New Guinea, the Solomon Islands and Tahiti, the following is applicable:

NEITHER THE FOREGOING EXPRESS WARRANTY NOR ANY OTHER WARRANTY BY CATERPILLAR, EXPRESS OR IMPLIED, IS APPLICABLE TO ANY ITEM CATERPILLAR SELLS, WHICH IS WARRANTED DIRECTLY TO THE USER BY ITS MANUFACTURER.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ANY OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, EXCEPT CATERPILLAR EMISSION-RELATED COMPONENTS WARRANTIES FOR NEW ENGINES, WHERE APPLICABLE. REMEDIES UNDER THIS WARRANTY ARE LIMITED TO THE PROVISIONS OF MATERIAL AND SERVICES, AS SPECIFIED HEREIN. CATERPILLAR IS NOT RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

CATERPILLAR EXCLUDES ALL LIABILITY FOR OR ARISING FROM ANY NEGLIGENCE ON ITS PART OR ON THE PART OF ANY OF ITS EMPLOYEES, AGENTS OR REPRESENTATIVES IN RESPECT OF THE MANUFACTURE OR SUPPLY OF GOODS OR THE PROVISION OF SERVICES RELATING TO THE GOODS.

IF OTHERWISE APPLICABLE, THE VIENNA CONVENTION (CONTRACTS FOR THE INTERNATIONAL SALE OF GOODS) IS EXCLUDED IN ITS ENTIRETY.

For personal or family use engines operating in the USA, its territories and possessions, some states do not allow limitations on how long an implied warranty may last nor allow the exclusion or limitation of incidental or consequential damages. Therefore, the previously expressed exclusion may not apply to you.

This warranty gives you specific legal rights and you may also have other rights, which vary by jurisdiction. To find the location of the nearest Caterpillar dealer or other authorized repair facility call (800) 447-4986. If you have questions concerning this warranty or its applications, call or write: In USA and Canada: Caterpillar Inc. Engine Division, P.O. Box 610, Mossville, IL 61552-0610, Attention: Customer Service Manager, Telephone (800) 447-4986. Outside the USA and Canada: Contact your Caterpillar dealer.

For products operating in Australia, Fiji, Nauru, New Caledonia, New Zealand, Papua New Guinea, the Solomon Islands and Tahiti, the following is applicable:

THIS WARRANTY IS IN ADDITION TO WARRANTIES AND CONDITIONS IMPLIED BY STATUTE AND OTHER STATUTORY RIGHTS AND OBLIGATIONS THAT BY ANY APPLICABLE LAW CANNOT BE EXCLUDED, RESTRICTED OR MODIFIED ("MANDATORY RIGHTS"). ALL OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED (BY STATUTE OR OTHERWISE), ARE EXCLUDED.

NEITHER THIS WARRANTY NOT ANY OTHER CONDITION OR WARRANTY BY CATERPILLAR, EXPRESS OR IMPLIED (SUBJECT ONLY TO THE MANDATORY RIGHTS), IS APPLICABLE TO ANY ITEM CATERPILLAR SELLS WHICH IS WARRANTED DIRECTLY TO THE USER BY ITS MANUFACTURER.

TO THE EXTENT PERMITTED UNDER MANDATORY RIGHTS, IF CATERPILLAR IS THE SUPPLIER TO THE USER, CATERPILLAR'S LIABILITY SHALL BE LIMITED AT ITS OPTION TO (a) IN THE CASE OF SERVICES, THE SUPPLY OF THE SERVICES AGAIN OR THE PAYMENT OF THE COST OF HAVING THE SERVICES SUPPLIED AGAIN, AND (b) IN THE CASE OF GOODS, THE REPAIR OR REPLACEMENT OF THE GOODS, THE SUPPLY OF EQUIVALENT GOODS, THE PAYMENT OF THE COST OF SUCH REPAIR OR REPLACEMENT OR THE ACQUISITION OF EQUIVALENT GOODS.

CATERPILLAR IS NOT LIABLE FOR OR ARISING FROM ANY NEGLIGENCE ON ITS PART OR ON THE PART OF ANY OF ITS EMPLOYEES, AGENTS OR REPRESENTATIVES IN RESPECT OF THE MANUFACTURE OR SUPPLY OF GOODS OR THE PROVISION OF SERVICES RELATING TO THE GOODS.

CATERPILLAR IS NOT LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES UNLESS IMPOSED UNDER MANDATORY RIGHTS.

IF OTHERWISE APPLICABLE, THE VIENNA CONVENTION (CONTRACTS FOR THE INTERNATIONAL SALE OF GOODS) IS EXCLUDED IN ITS ENTIRETY.

This warranty covers every major component of the products. Claims under this warranty should be limited to a place of business of a Caterpillar dealer or other source approved by Caterpillar. For further information concerning either the location to submit claims or Caterpillar as the issuer of this warranty, write Caterpillar Inc., 100 N.E. Adams St., Peoria, IL USA 61629.