```
 1                 IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                   CASE NO. 12-CV-23927-PAS

 3    SALUD SERVICES, INC., et al,
                   Plaintiffs,              May 1, 2014
 4         vs.                              10:06 a.m.
                                            Miami, Florida
 5    CATERPILLAR, INC.,
                   Defendant.               Pages 1 through 62
 6

 7

 8            TRANSCRIPT OF DISCOVERY HEARING PURSUANT TO
                     NOTICE FILED AT DE 178
 9          BEFORE THE HONORABLE PATRICIA A. SEITZ
                    UNITED STATES DISTRICT JUDGE
10

11    APPEARANCES:

      For the Plaintiff:        Seth M. Lehrman, Esq.
12                              Farmer, Jaffe, Weissing
                                425 N. Andrews Ave., Ste. 2
13                              Ft. Lauderdale, FL  33301

14                              Theodore J. Leopold, Esq., by telephone
                                Leopold Law, P.A.
15                              2925 PGA Blvd., Ste. 200
                                Palm Beach Gardens, FL  33410
16
                                Richard J. Burke, Esq., by telephone
17                              Complex Litigation Group, LLC
                                1010 Market Street, Ste. 1340
18                              St. Louis, MO 63101

19    For the Defendant:        Kimberly A. Cook, Esq.
                                David J. DePiano, Esq.
20                              Sedgwick, LLP
                                Two S. Biscayne Blvd., Ste. 1500
21                              Miami, FL  33131

22    Reported by:              Judith M. Wolff, CRR
                                Official United States Court Reporter
23                              400 N. Miami Avenue, Room 8N09
                                Miami, FL  33128
24                              (305)523-5294
                                judy_wolff@flsd.uscourts.gov
25
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

```
1              (Court was called to order.)
2              COURTROOM DEPUTY:  Case Number 12-23927-Civil, Salud
3    Services vs. Caterpillar.
4              Counsel, please state your appearances.
5         MR. LEHRMAN:  Good morning, Your Honor.  Seth Lehrman
6    appearing for plaintiffs.
7         THE COURT:  Hello, Mr. Lehrman.  Good morning.
8              And I understand that we have listening in two other
9    counsel by phone.
10        MR. LEOPOLD:  That's correct, Your Honor.  This is
11   Ted Leopold.  Good morning.
12        MR. BURKE:  And Richard Burke.  Good morning, Your
13   Honor.
14        THE COURT:  Okay.  As I mentioned in my order, we
15   have difficulty making a record when counsel are appearing by
16   phone.  So I'm going to look to Mr. Lehrman to primarily make
17   the argument.
18             You all can listen in, and if he wants to activate
19   his cell phone so that the two of you can conference in with
20   him and advise him accordingly, I will permit you to activate
21   your cell phone, Mr. Lehrman.
22        MR. LEHRMAN:  Thank you, Your Honor.
23        THE COURT:  Okay.  On behalf of the defendants.
24        MS. COOK:  Yes, good morning, Judge.  Kimberly Cook
25   and David DePiano here on behalf of Caterpillar.
```

THURSDAY, MAY 1, 2014

1          **THE COURT:**  Okay.  Good morning.

2          **MR. DE PIANO:**  Good morning, Judge.

3          **THE COURT:**  The plaintiff felt that this was

4    necessary.  And as I understand it, the issue is a dispute

5    over the scope of paragraph number 1 of the Court's order,

6    requiring that the defendant produce the total number of C13

7    and C15 engines registered for warranty work and the states in

8    which they were registered.

9          Help me understand exactly what the plaintiff wants

10   in excess of that.

11         Let me share with you what I understand the plaintiff

12   wants in excess of that, and then you can tell me if my

13   understanding is correct or incorrect, Mr. Lehrman.

14         You want to see whatever documents the defendant

15   consulted to come up with those numbers?

16         Tell me what you want, and tell me why you don't

17   trust that they have given you the right numbers.

18         **MR. LEHRMAN:**  Thank you, Your Honor.

19         First off, I am prepared to respond to the Court's

20   inquiry to make this presentation on behalf of the plaintiffs.

21         I would like to say, however, Your Honor, that

22   Mr. Burke and Mr. Leopold, who, as the Court knows, are on by

23   phone, are in the best position, perhaps, in some respects to

24   address some of the Court's inquiry.

25         But I'll do my best, Your Honor.

1     **THE COURT:**  I appreciate that.

2         It's just -- as you can see here, as you listen to

3   Mr. Leopold, it's difficult to understand him over our

4   technology system.  Maybe five years from now, it will be

5   better, and he can have a "beam-me-in-Scotty" button.  But it

6   just really makes it difficult to make a record.

7         And I realize that since Mr. Burke and Mr. Leopold

8   were on the road, a videoconference probably wouldn't work.

9   That's the one method that we have found helps the court

10  reporter, so that the court reporter can at least see the

11  person speaking, and it helps make sure that we make a right

12  record.

13    **MR. LEHRMAN:**  Thank you, Your Honor.

14        So -- and I was -- I did attend the prior hearing

15  before Your Honor, along with Mr. Burke and Mr. Leopold.

16        To answer the Court's question, yes, we did --

17  following Caterpillar's recent production, we did ask, through

18  Mr. Leopold's letter to defense counsel, for their -- for

19  Caterpillar to provide some explanation of what their

20  methodology was and what documents they reviewed to compile

21  the information that they produced.

22    **THE COURT:**  Okay.

23    **MR. LEHRMAN:**  Specifically to provide when it was

24  they consulted and what their methodology was to compile chart

25  number 1 attached to Ms. Cook's April 17th letter.

```
 1            And we thought that that was something that, if not
 2   explicitly required by the Court's order, was consistent with
 3   the spirit of the Court's order, which was to enable
 4   plaintiffs and all the parties to prepare for a productive
 5   mediation.
 6            So that was one thing, Your Honor, you're correct,
 7   was seeking documents and some explanation of the methodology.
 8   So we requested that.
 9            And defense counsel responded through their more
10   recent letters attached to defendant's filing yesterday.  It's
11   an April 25th letter.  Defense counsel -- defendant
12   essentially refused to provide any of the corroboration that
13   plaintiffs had requested.
14            So that's one issue, Your Honor.  But there are other
15   issues with respect to this that we'd like to address.
16            THE COURT:  Oh, okay.  But first let's take care of
17   the one that brings us here.
18            Ms. Cook, tell me, what was the process that you went
19   through to compile the chart number 1?
20            MS. COOK:  Judge, as I think we explained in the
21   April 25th letter, there are no documents that were reviewed.
22   There's a database that contains warranty information that was
23   consulted, and there are ways to extract from that information
24   the numbers of C13 and C15 engines that are registered in each
25   state.
```

THURSDAY, MAY 1, 2014

1          **THE COURT:**  Okay.  Just tell me how it works.

2          **MS. COOK:**  They -- there is somebody at Caterpillar

3  who goes into the database and puts in certain search

4  parameters, presumably --

5          **THE COURT:**  And what were the search parameters?

6          **MS. COOK:**  I can't tell you, Judge.

7          **THE COURT:**  Would a 30(b)(6) witness be able to share

8  with the plaintiff --

9          **MS. COOK:**  Yes, I believe so.  And, in fact,

10  there's -- one of the witnesses that's already scheduled to

11  testify, Bob Niemeier, who has been designated to talk about

12  discovery issues, we believe could address and be more

13  specific.

14          If that's what they want, to know exactly what search

15  terms were used, we could easily do that.

16          **THE COURT:**  You understand that they need to have

17  some kind of confidence that you were thorough and whatever

18  you can lay out.

19          So is Mr. Niemeier the person?  Because I will make

20  sure that the plaintiffs understand that Mr. Niemeier is the

21  person that they need to examine when they --

22          **MS. COOK:**  Mr. Niemeier is being produced as a

23  30(b)(6) witness.  I don't believe Mr. Niemeier was actually

24  the individual that did the search.  I can provide the name of

25  that person.  And if you would like us to, we can allow them

1   to question that person about the methodologies used to

2   compile the information.

3          But there are no documents.

4          **THE COURT:**  It's just simply in a computer database?

5          **MS. COOK:**  The database of warranty information.

6          **THE COURT:**  And what's the database called?

7          **MS. COOK:**  I don't know, Judge.  I don't know the

8   exact -- it's a database that allows them to access warranty

9   data at Caterpillar.  I don't know the exact name.

10         **THE COURT:**  Okay.  If Mr. Niemeier and you could

11  identify the person who actually did the search and provide

12  the name of whatever the database is, so that they can inquire

13  and have confidence that the numbers that you have given them

14  are the most accurate numbers.

15         Does that take care of that issue, Mr. Lehrman?

16         **MR. LEHRMAN:**  Your Honor, I think that goes a long

17  way, and I would like to consult plaintiffs' counsel before

18  confirming that it satisfies all of the --

19         **THE COURT:**  Why don't you do that.

20         **MR. LEHRMAN:**  I will, Your Honor.

21         Can I address a --

22         **THE COURT:**  Why don't you -- I want to make sure that

23  this is taken care of right today.  So if you want to take a

24  five-minute break so that you can call the two of them and

25  chat with them, I am happy to take a little break.

THURSDAY, MAY 1, 2014

1          **MR. LEHRMAN:**  Your Honor, I appreciate that.

2          May I make one suggestion to facilitate the -- limit

3    the Court's time?

4          **THE COURT:**  Okay.

5          **MR. LEHRMAN:**  With respect to the scope of the recent

6    production, there's additional production that plaintiffs

7    contend should be made.  And I may need to consult plaintiffs'

8    counsel on the phone about that as well.  And that's why I had

9    hoped to address that briefly with the Court now.

10          **THE COURT:**  Tell me in one minute what other issues

11    you want to talk to them about.

12          **MR. LEHRMAN:**  Thank you, Your Honor.

13          So chart number 1 in Caterpillar's recent production

14    lists 626 buses powered by C13 engines.  But when it comes to

15    disclosing C13s for other applications, and C15s, it limits

16    its production only to California, Illinois, Louisiana,

17    New Jersey, Ohio, and Pennsylvania.

18          Our thought, Your Honor, was -- we understand that

19    those are the states that are at issue in the specific pending

20    cases identified by Caterpillar.  However, as we understood at

21    the last hearing, understanding that the MDL petition is

22    pending, that additional cases were being filed.

23          And in preparing for a meaningful mediation, we had

24    thought that we would receive production of all C13, all

25    applications, and all C15, nationwide.

1          **THE COURT:**  Okay.  Help me -- both sides need to help

2   me so that I understand better what are the columns with the

3   "C13, all applications" and "C15, all applications."  And the

4   "C13, all applications except bus," what does -- exactly does

5   that mean?

6          **MS. COOK:**  Judge, Mr. DePiano is going to address

7   this.  But, essentially, the columns address the different

8   categories of buses -- or, excuse me -- of engines for which

9   claims are being made in the various states.

10          **THE COURT:**  Okay.  So are you saying that there are

11   no claims from any states other than California, Illinois,

12   Louisiana, New Jersey, Ohio, and Pennsylvania?

13          **MS. COOK:**  With respect to that column, with respect

14   to C13 applications, except buses.

15          **THE COURT:**  Okay.  So let me make sure I understand.

16   And he -- I gather that he is the person that's carrying the

17   laboring oar on this, so he's the one with the most knowledge.

18          **MS. COOK:**  He's the most capable of doing that,

19   Judge.

20          **THE COURT:**  Okay.  So I gather what Mr. Lehrman is --

21   Mr. Lehrman -- I'm sorry -- Mr. Lehrman is saying is that

22   based on the chart, it appears that... wait a minute.

23          Okay.  Let me make sure that I understand the chart

24   again.

25          **MR. DE PIANO:**  Certainly, Judge.

THURSDAY, MAY 1, 2014

1          Well, there are five putative class actions pending

2    that these counsel have brought against Caterpillar with

3    regard to these engines in general.

4          **THE COURT:**  Okay.  So Mr....

5          **MR. DE PIANO:**  Mr. Lehrman.

6          **THE COURT:**  Lehrman.  Thank you.

7          **MR. DE PIANO:**  Mr. Lehrman's team.

8          **THE COURT:**  -- team is accurate in that you've only

9    provided the C13 and the C15 sales for those six states, and

10   you've not provided them for any of the other 50 states.

11         **MR. DE PIANO:**  For all applications, yes, Judge.  We

12   only provided the states in which they have clients.

13         **THE COURT:**  Okay.  And what was the --

14         **MR. DE PIANO:**  The definition of the classes in the

15   five putative class actions, this one, Your Honor is aware, is

16   a national class action of just the bus application, that's

17   the first column, and we provided it for all 51 jurisdictions.

18         **THE COURT:**  Okay.

19         **MR. DE PIANO:**  In the other four cases, the class

20   definition is defined as one, or in one particular instance,

21   three specific states only, for a total of five states that

22   are, irregardless of application, C13 and C15 wide.  So we

23   provided them the total number of the putative classes they

24   hoped to represent at the mediation.

25         **THE COURT:**  That they hoped to represent.

THURSDAY, MAY 1, 2014

1          **MR. DE PIANO:**  It's putative, Your Honor.  In other

2   words, there is not even an allegation that they represent a

3   class of Iowa bus owners -- I'm sorry -- truck owners.  So we

4   didn't provide those numbers.

5          **THE COURT:**  And they're not even Florida bus owners?

6   I mean, truck owners?

7          **MR. DE PIANO:**  In Florida, Salud is the only place

8   where Florida is mentioned, and that's limited to bus

9   applications, Judge.

10          **THE COURT:**  Okay.

11          **MS. COOK:**  Judge, if I might, I don't want to

12   double-team, and I'm happy to let him continue, but may I say

13   something?

14          **THE COURT:**  Yes.

15          **MS. COOK:**  There are -- none of the lawsuits that are

16   pending at this time allege a national class made up of all

17   C15 and all C13 bus engines.

18          **THE COURT:**  Okay.  So....

19          **MR. LEHRMAN:**  So, Your Honor, defendants are correct

20   that the list produced tracks to those cases that they

21   identified.

22          However, from the last hearing, we understood the

23   discussion was -- reflected the understanding that with the

24   MDL petition pending, and additional cases being filed, that

25   the scope of this litigation was fluid and expanding, and that

THURSDAY, MAY 1, 2014

1    the production that the Court was ordering would be broad and

2    would be nationwide to allow us to prepare for a conductive

3    mediation, and also to reconcile certain conflicts with other

4    discovery that Caterpillar has previously produced.

5            So, for example, Your Honor, this list that

6    Caterpillar has produced shows total C13 engines of 5,819.

7    Yet there's a spreadsheet that Caterpillar produced, at

8    Caterpillar -- it's a Bates Number -- Caterpillar 77935, that

9    shows 23,192 C13 engines shipped.

10           So we have a -- and, granted, that may be a national

11   figure, but we have on the one hand a presumably national C13

12   engine figure from Caterpillar of 23,192, and we're looking at

13   this most recent production of a C13 subset --

14           **THE COURT:**  You're talking all C13s?

15           **MR. LEHRMAN:**  I'm talking all C13s --

16           **THE COURT:**  Including the buses?

17           **MR. LEHRMAN:**  Buses and all applications.

18           **THE COURT:**  Okay.  Let me just make sure.  When you

19   talk about "all applications," the term "applications" refers

20   to every vehicle that has a C13 engine?

21           **MS. COOK:**  Correct.

22           **THE COURT:**  Okay.  So....

23           **MR. LEHRMAN:**  So, Your Honor, this highlights -- the

24   fact that there's a discrepancy between some production we

25   have from Caterpillar and the most recent production from

1   Caterpillar in our view highlights the necessity of having

2   this corroboration --

3         **THE COURT:**  Mr. Lehrman, you're not persuading me.

4   Sounds to me like you have a rough estimate of all of the

5   other potential class members in the 22,192 (sic).

6         **MR. LEHRMAN:**  Well, thank you, Your Honor.  However,

7   the same --

8         **THE COURT:**  Is there any reason not to doubt that?

9   And that what you have is, if you take the 22,192 (sic) and

10  subtract the 519, you've got 16,373 other applications, if you

11  want your total to have the gross figure of the total universe

12  of potential C13 engines.

13        What more do you need?

14        **MR. LEHRMAN:**  Thank you, Your Honor.  That may be.  I

15  would point out on the same spreadsheet that discloses the

16  23,192 number redacts any disclosure of C15s.

17        So if that number --

18        **THE COURT:**  Your lawsuit is a C13 bus.  You've gotten

19  the number for the entire C13.  I understand how you would

20  like to expand the scope, but I'm also not interested in

21  having fishing expeditions for future lawsuits.  I'm focused

22  on handling this particular lawsuit.  And if the -- it later

23  happens that this action is consolidated with the C15 action,

24  then God bless, and Caterpillar will provide their B --

25  30(b)(6) witness to talk about the expanded scope of the C15.

```
 1        MS. COOK:  Your Honor, our response, in accordance
 2   with your order, actually goes beyond our -- the Salud case,
 3   because the discovery that's been produced in the New Jersey
 4   case and the depositions that are coming up, there's been an
 5   agreement that the 30(b)(6) depositions will address issues in
 6   both cases.
 7        But they're not -- they're only gonna address issues
 8   in the states in which lawsuits have been filed.  And so the
 9   plaintiff is, as you've recognized, seeking to go beyond the
10   cases where they represent clients or even hope to represent
11   clients.
12        THE COURT:  I don't want to appear to be promoting
13   champerty.  I know that's an old-fashioned concept that's sort
14   of out of date nowadays, but I'm old-fashioned.  I've been
15   practicing longer than probably you were born.
16        If you want to go talk to Mr. Leopold and Mr. Burke,
17   I'll be happy to take a five-minute recess.
18        Any other issues?
19        MR. LEHRMAN:  Thank you, Your Honor.
20        THE COURT:  The only other issue I needed to talk to
21   you all about is that I did read the proposed magistrate
22   judge's order, and my concern is -- the whole reason why I
23   suggested a magistrate judge for the purposes of the
24   deposition was so that the judge -- or the special master
25   could actually rule on objections during the course of the
```

1   deposition.

2            Because I think that having someone there that you

3   all have confidence in to fairly, impartially, and

4   dispassionately call them as to the objection and hopefully --

5   because I've not spoken to him.  I will speak to him and make

6   sure that we -- he and I are on the same wavelength as far as

7   making sure that the depositions proceed and are productive so

8   that you don't have to be coming -- running back to me.

9            But it sounded to me -- I was concerned on two

10  things.  One, you all want the magistrate judge to do things

11  beyond -- to handle other discovery matters.  If you all are

12  comfortable with that and his billable rate, I'm fine with you

13  all.  But the difficulty that I have is I hate to run up bills

14  for people.  But on the other hand, sometimes money paid for

15  quick results actually saves money in the long run.  And I

16  defer to you all's good judgment as to what is the best way to

17  proceed.

18           But I don't want to keep -- I am concerned that I'm

19  going to have an appellate process resulting from the

20  magistrate judge's determinations.  And that, to me, is not

21  productive.

22           So I needed to talk to you all about that so we're

23  all on the same wavelength as to how I envision the magistrate

24  judge, and you can share with me your visions, so that we can

25  make sure we're in sync.

1        And I know you probably need to talk to Mr. Leopold

2  and Mr. Burke.

3        **MR. LEHRMAN:**  Thank you, Your Honor.

4        **THE COURT:**  They are being so good at being so quiet.

5  And I want them to know that I appreciate how they are acting

6  in such professional restraint.

7        **MR. LEOPOLD:**  Thank you, Your Honor.

8        **MS. COOK:**  Judge, on behalf of CAT, can I state

9  Caterpillar's position so that when he speaks to them, he can

10  just --

11        **THE COURT:**  Certainly.

12        **MS. COOK:**  Thank you.

13        Caterpillar's feeling with respect to

14  Judge Cavanaugh's special master is limited to depositions.

15  There have been a lot of discussions back and forth with

16  plaintiffs' counsel about trying to come up with an agreement

17  as to exactly what his scope is going to be, and we haven't

18  quite come to an agreement in that regard.

19        But from Caterpillar's perspective, we would like --

20  we would defer to Judge Cavanaugh in terms of what he believes

21  he needs to do with respect to the depositions.  But our

22  suggestion would be that he at least come in person and be

23  present for the first one, so that he meets the lawyers, he

24  kind of -- he gets an idea of what the issues are.  He gets a

25  feeling for it.

1        If he feels that he can do what he needs to do, if we

2   have an issue, by phone, we have no problem with that.  But we

3   think at least the first day to have him there will kind of

4   set the ground rules.

5        And then in anticipation of the depositions, if there

6   are issues that arise with respect to the scope of any of the

7   topics set forth in the notice, because we have continued to

8   have some discussions about that, we thought he could also be

9   involved with -- in that aspect of the depositions.

10        But, frankly, it was limited -- and, frankly, there's

11   been some discussion about him maybe down the road, if

12   necessary, being involved in mediating the case, being

13   available to the parties, because he will have learned the

14   issues.

15        But in terms of discovery disputes, Caterpillar's

16   position is that it would really be limited to the 30(b)(6)

17   depositions or other depositions that take place in the case.

18        **THE COURT:**  That was my understanding.  And if the

19   parties are thinking of him as the mediator, potentially,

20   because of his knowledge, I just suggest that -- and I caution

21   you all that I have not had the privilege and pleasure of

22   meeting him, but I will presume that based upon his experience

23   as both a magistrate judge and as a district court judge, he

24   is sensitive to the fact that a mediation -- particularly when

25   you're talking about a class, you do not want to create any

1   issue that someone who's objecting to -- if the case

2   settles -- objecting to the settlement suggest that the

3   mediator --

4          MS. COOK:  I understand what you're saying.

5          THE COURT:  -- was not a neutral party.  And maybe

6   I'm being overly, overly cautious.  It's just that I've seen

7   these enough to know that it is the -- it's always the

8   weirdest, unanticipated objection that throws a fly into the

9   ointment.  And if the case settles, I want both sides to feel

10  comfortable that the case is over with, and everyone can move

11  on with the rest of their lives.  The plaintiffs are happy,

12  the class is happy that it can be administered in a very

13  efficient, speedy manner, and that the case is over with.

14         MS. COOK:  Judge, those are very valid observations,

15  and that may be what we ultimately decide.  I just wanted you

16  to know that in terms of his role, that has been discussed as

17  a possibility.

18         THE COURT:  Okay.

19         MS. COOK:  It's not been decided.

20         THE COURT:  How do you all know Judge Cavanaugh?  And

21  I don't know why I don't know him.

22         MS. COOK:  He's a federal judge in New Jersey.

23         THE COURT:  But he's now retired, making --

24         MS. COOK:  Retired federal judge in New Jersey that

25  was recommended by Mr. Keale.

THURSDAY, MAY 1, 2014

1          **THE COURT:**  Okay.  And obviously making much more

2      than this little district judge.  Although not as high a rate

3      as one that I saw coming in.  But I guess whatever the market

4      will bear, you hold yourself out as an expert witness.

5          I have to -- as I think I shared with you all before,

6      I'm really concerned with the extortion racket that experts

7      seem to be running for -- that put the parties on both sides

8      at jeopardy.  And I don't know what to do about it.  But

9      that's a side issue.

10          If you would like, Mr. Lehrman, what we can do is

11      simply -- I will ask the defendants to step out, I will lock

12      the courtroom door, and you can talk to Mr. Leopold and

13      Mr. Burke right here without getting them on the cell phone.

14          **MR. LEHRMAN:**  Thank you, Your Honor.

15          **THE COURT:**  If that is more convenient with you.

16          **MR. LEHRMAN:**  Thank you.

17          **THE COURT:**  Does that work for Mr. Leopold and

18      Mr. Burke?

19          **MR. BURKE:**  Yes, Your Honor.  Richard Burke.

20          **THE COURT:**  I'm sorry, that was Mr. Burke?

21          **MR. BURKE:**  Yes, Your Honor.

22          **THE COURT:**  Okay.  And Mr. Leopold?

23          **MR. LEOPOLD:**  It does, Your Honor.  Thank you.

24          **THE COURT:**  Thank you.

25          Okay.  So do me a favor, Mr. Lehrman, when you are

THURSDAY, MAY 1, 2014

1  finished, if you will come back and just let us know that

2  you're finished, and we'll all come back in.

3        **MR. LEHRMAN:**  Thank you, Your Honor.

4        **THE COURT:**  Okay.

5        **MS. COOK:**  We'll be right outside.

6        **THE COURT:**  Okay.

7        We're temporarily in recess while Mr. Lehrman uses

8  our present capabilities for communicating with cocounsel.

9     (Court recessed at 10:47 a.m.)

10    (Proceedings continued as follows at 10:50 a.m.)

11       **THE COURT:**  All counsel are present.

12       Please have a seat.

13       Is Mr. Leopold and Mr. Burke still with us?

14       **MR. BURKE:**  Yes, Your Honor.

15       **MR. LEOPOLD:**  Yes, we are, Your Honor.

16       **THE COURT:**  Okay.  Mr. Lehrman, how -- what would you

17  like to share with the Court?

18       **MR. LEHRMAN:**  Thank you, Your Honor, for that

19  opportunity.

20       Plaintiffs would ask that Caterpillar be directed to

21  produce a 30(b)(6) designee on the subject of how Caterpillar

22  derived the numbers set forth in their April 17th report in

23  terms of the methodology they used searching the warranty

24  database described by Caterpillar's counsel this morning.

25  That's our -- plaintiffs' position, Your Honor, on the

1  30(b)(6) subject that we discussed earlier.

2          **THE COURT:**  And I believe that Ms. Cook has indicated

3  that she would be happy to do that.

4          **MR. LEHRMAN:**  Thank you, Your Honor.

5          Next, on this issue of the special master.  Your

6  Honor, plaintiffs -- my understanding is that plaintiffs agree

7  to the engagement of a special master, but only on issues

8  related to the conduct of Rule 30(b)(6) depositions in terms

9  of the scope of the engagement.  And, also, that plaintiffs

10 agree that the special master should deal with any issues that

11 arise on an as-needed basis and could be reasonably and

12 effectively dealt with by telephone when the need arises.

13         Plaintiff does not agree to or support the idea that

14 the special master should attend the first depo or all the

15 depos in person because of the expense -- the significant

16 expense associated with that.

17         **THE COURT:**  Okay.  May I just ask both parties,

18 then -- I'm looking at docket entry 179-1, and I'm looking at

19 page 2.  This is what you all gave to me, and I think that

20 it's very important that we have a discussion.  Because I will

21 share with you all that I was -- as I said in my last order, I

22 was quite surprised when I saw that you had selected a special

23 master, because my takeaway from our last hearing was that you

24 all didn't think we needed a special master.

25         So when the information came in about former

1  Judge Cavanaugh, I went, "Okay, something's changed."  But I

2  have confidence in counsel that they will share with me that

3  they now think they need to have one.

4        And then when I read on page 2 of docket

5  entry 179-1 -- let's see, where was it?

6        I'm sorry.  I should have highlighted this.

7        I guess it's on page 1.  "... found that there are

8  pretrial matters that cannot be effectively addressed by

9  available magistrate judge, including, but not limited to, the

10 parties' disputes over the scope and appropriate conduct of

11 depositions."

12        It was just so broad that I went, "Okay, we need" --

13 I just need to make sure we're all on the same wavelength.

14        So I would envision, if -- that the -- where is the

15 first deposition going to be?

16        **MS. COOK:**  Chicago, Judge.

17        **THE COURT:**  And he is in?

18        **MS. COOK:**  New Jersey.

19        **THE COURT:**  New Jersey.

20        It is beneficial if the judge knows counsel ahead of

21 time, A.  And, B, that the judge knows the case.

22        The difficulty that we have right now is, we have a

23 new magistrate judge that's paired with me, Judge Turnoff, and

24 he is still getting up to speed on the case.  I don't have the

25 resources of Judge Simonton.

THURSDAY, MAY 1, 2014

1          I want the deposition to proceed.  I want you all to

2    be able to take it and have confidence that the thing is

3    moving along in a nice fashion.

4          I am not going to be in the country on the dates that

5    the deposition is being taken, so you can't call in to me.  So

6    the question is, how do we make sure that the depositions go

7    forward, that there is not wasted time on any misunderstanding

8    as to what is the proper scope?

9          So I would recommend that -- well, maybe I need to --

10   how well does Mr. Burke know Judge Cavanaugh?  Or maybe I need

11   to talk to Mr. Burke -- I mean Mr. Cavanaugh.

12         **MR. BURKE:**  Yes, Your Honor.

13         **THE COURT:**  Mr. Burke, you need to speak very slowly.

14         **MR. BURKE:**  Okay.

15         **THE COURT:**  And enunciate as if this was in an

16   elocution class.

17         **MR. BURKE:**  Thank you, Your Honor.  How's this?

18         **THE COURT:**  As long as you keep it up, you're okay.

19         **MR. BURKE:**  Okay.

20         I do know Judge Cavanaugh.  I've had several cases in

21   the district court of New Jersey.  He's very experienced.

22   I've had him on some cases of mine.  I have no problem using

23   him as a special master.

24         I do think, however, that -- I honestly don't think

25   we need one, to be perfectly honest with you, but I sort of

THURSDAY, MAY 1, 2014

1   got the impression the defendant was insistent on having

2   someone available by phone that we could be sure of.  And I

3   had no problem with that.  But as far as someone, you know,

4   overseeing depositions, we've all been in this practice much

5   too long to need a babysitter.

6          **THE COURT:**  That was the sense that I had.

7          And when you said that you had a sense that the

8   defendants wanted someone there, Ms. Cook's eyebrows went up

9   as if she -- there may be some misunderstanding.  And she may

10  also feel that there's not a need for a special master.

11         **MS. COOK:**  Judge, you ordered a special master --

12         **THE COURT:**  No, I haven't entered an order requiring

13  a special master.

14         **MS. COOK:**  I thought that the order that related to

15  the motion for protective order regarding the 30(b)(6)

16  depositions -- it's my understanding that the whole reason the

17  special master issue came up is that as part of your granting

18  the -- at least temporarily granting the motion for protective

19  order with respect to the depositions that were pending the

20  week of March 24th, you ordered that the parties come to the

21  next hearing and inform you of who we agreed to as a special

22  master.

23         So that's how this got started.

24         **THE COURT:**  Okay.  Okay.

25         **MS. COOK:**  And --

1          **THE COURT:**  I'm so glad we're having this

2    conversation.

3          **MR. BURKE:**  I agree.

4          **THE COURT:**  Okay.

5          **MS. COOK:**  And I would hope, as Mr. Burke says, that

6    we are all experienced and professional enough that it won't

7    be needed.  However, there have been some disputes in the

8    case.  We have had issues relating to the scope of some of the

9    topics that were set forth in the notice.  And, by the way,

10   the -- we, just before the hearing, received notices of

11   deposition, but they're notices in individual capacities only

12   of the witnesses.  And the last time we were here, you

13   instructed that each witness was going to be deposed only

14   once, and that they needed to be deposed in both their

15   30(b)(6) and individual capacity.  So I just want to make sure

16   that that was an oversight on the part of the plaintiffs.

17         But apart from that, Judge -- that's why I suggested

18   that perhaps he only needs to come one day.

19         **THE COURT:**  Okay.

20         **MS. COOK:**  And if he knows the parties -- or you

21   believe that he knows the parties well enough because of his

22   relationship with Mr. Keale and knowing Mr. Burke, and if we

23   can talk to him ahead of time, and he's available by phone, we

24   have no problem proceeding that way.  It just seemed like the

25   better way to -- would be to have him there at least once to

1   see everybody.

2           **THE COURT:**  Okay.  Let's step back.  As they say, can

3   we go back to the beginning?

4           So that it's perfectly clear, I was simply suggesting

5   that if there was going to be a problem -- if the parties --

6   because counsel are very experienced, and that's what's so

7   nice about having the counsel in front of me, that I have

8   confidence that they can conduct a 30(b)(6) deposition

9   smoothly, but I also thought -- I've been raised in the

10  military, and you have plan A with subparts, plan B with

11  subparts, and plan C with subparts, with the understanding

12  that once the battle commences, all of the plans go up in the

13  air.

14          But I was -- really wanted these depositions to go

15  through smoothly.  I was simply proposing that you all think

16  about it.  I was -- if the parties thought that I was

17  commanding them to use one, I am not.  I am just suggesting it

18  as part of our tripartite team here, partnership, as to how do

19  we get this case done in the most cost-efficient manner.

20          Based on what you all have told me here today, I am

21  not going to enter an order appointing Judge Cavanaugh as a

22  special master, simply because I am concerned that his -- the

23  cost for him to get up to speed, the cost for him to be

24  retained is really an unnecessary cost given the experience of

25  counsel that I have.

```
 1            And that if there is a problem, and the deposition
 2   occurs before the 14th of May, you can call me, call
 3   Mr. Ravindran, and I will be happy to see what I can do on the
 4   phone to deal with it, if I'm available.
 5            How is that for a plan of action?
 6            MR. LEOPOLD:  That is fine by the plaintiff, Your
 7   Honor.  This is Mr. Leopold.
 8            MS. COOK:  That's fine, Judge.
 9            THE COURT:  Okay.  I mean, I'm glad we're saving some
10   money here.  I know that -- and then that way if you all
11   decide to use former Judge Cavanaugh as your mediator, then he
12   has no preconceptions about either side.
13            MS. COOK:  Judge, the depositions will take place
14   while you're gone.
15            THE COURT:  Okay.
16            MS. COOK:  So I just wanted you to know that.  If an
17   issue does come up --
18            THE COURT:  Well, if an issue comes up, I will be
19   back in the country as of the 1st of June, and hopefully the
20   parties will resolve it there.  Remember, the only objection
21   that really matters is an objection as to form.  And given the
22   experience of counsel, if there is that objection that's
23   made -- hopefully it is not to every single question, that
24   usually only comes from inexperienced counsel -- and that you
25   all will resolve it.  I think you can.
```

THURSDAY, MAY 1, 2014

1        **MR. LEHRMAN:**  Thank you, Your Honor.

2        **MR. BURKE:**  Thank you, Your Honor.

3        **THE COURT:**  And Mr. Leopold and Mr. Burke,

4    Mr. Lehrman has done an outstanding job.

5        **MR. LEOPOLD:**  Thank you.

6        **MR. LEHRMAN:**  Thank you.

7        **MR. LEOPOLD:**  Your Honor, this is Mr. Leopold.  If I

8    talk with good elocution, may I raise one issue along the

9    lines you were just talking about?

10       **THE COURT:**  You need to speak more slowly and

11   articulate a little clearer for my court reporter.

12       **MR. LEOPOLD:**  Thank you.  I will do my best.

13       The issue of the mediator, the parties, as Ms. Cook

14   stated, we have been in discussions about using retired

15   Judge Cavanaugh.  And since the 30(b)(6) depositions,

16   including now the subject matter of the number of trucks that

17   are at issue, and how that number came about will be addressed

18   later in May, next week, I believe, there is a mediation that

19   has been scheduled for some time, and we have discussed

20   amongst the parties of postponing that mediation until after

21   these depositions.

22       And at least the plaintiff would like to inquire if

23   the Court would be receptive to allowing us to postpone that

24   mediation set for next week in light of a fair amount of more

25   discovery, at least as it relates to the 30(b)(6) depositions

THURSDAY, MAY 1, 2014

1 | taking place.

2 |       **THE COURT:**  What is the defendant's position?

3 |       **MS. COOK:**  Judge, it's true that the mediation is

4 | gonna take place before the 30(b)(6) depositions, but the last

5 | time we were here and this very topic came up, the plaintiffs

6 | expressed their desire to proceed with the mediation, and you

7 | ordered that the mediation take place.

8 |       So under those circumstances, we advised the

9 | plaintiffs we didn't feel like we were in a position to agree

10 | to postpone it.

11 |       We also feel, as Mr. Leopold said last time, that

12 | particularly in a case like this, there's probably going to be

13 | more than one day required for the parties to talk.  It might

14 | be a good opportunity for that first meeting to take place as

15 | part of a process.

16 |       So if Your Honor feels like the best interests of the

17 | case are served by postponing it, then obviously we will do

18 | so.  We just didn't feel like we were in a position to agree

19 | to that, under the circumstances.

20 |       **THE COURT:**  Let me ask the parties, what is the plan

21 | for the rescheduling of the class certification experts?  They

22 | were originally set for -- the defendant was to depose the

23 | plaintiffs' class certification experts on April the 11th, and

24 | the plaintiffs would depose the defendant's class

25 | certification experts on April the 18th.  And then the

THURSDAY, MAY 1, 2014

1    plaintiffs were going to provide the rebuttal reports from

2    their class certification experts on April the 25th.  And then

3    the defendant was going to take the depositions of plaintiffs'

4    class certification experts regarding their rebuttal points

5    on -- tomorrow.

6          So I gather that that has not happened.

7          **MS. COOK:**  That hasn't happened, Judge.  And when you

8    granted the -- Mr. Leopold and I had had discussions --

9    ongoing discussions about the fact that it made sense to us

10   that the 30(b)(6) depositions be completed before the experts.

11         We have the plaintiffs' -- reports have been

12   exchanged.  We do not yet have the report of the rebuttal

13   expert.

14         **THE COURT:**  Is that going to be a different expert?

15         **MS. COOK:**  Apparently.  That's my understanding from

16   my discussion with Mr. Leopold.

17         When you granted the motion for protective order with

18   respect to the -- the depositions of the experts were

19   scheduled based on an assumption that the 30(b)(6) depositions

20   would take place the week of the 24th.  When that was

21   postponed, Mr. Leopold took the position -- and I understood,

22   and it made sense to me -- that we would work out a new

23   schedule to make sure that those experts were deposed, keeping

24   in mind the ultimate deadlines that you have in place with

25   respect to briefing on the motion for class certification and

THURSDAY, MAY 1, 2014

1   the response.

2            So I have asked for a date for both experts, and I do

3   not have that yet.  And when I -- I will give them dates for

4   our experts after if I get dates for theirs.

5            **THE COURT:**  Okay.  But let me ask you this.  When are

6   the 30(b)(6) depositions scheduled and how many are there,

7   with the understanding that the 30(b)(6) -- if someone has

8   been identified in their individual capacity, and they're also

9   going to be served up as a 30(b)(6) witness, you all -- based

10  on what you told me before, you could do both of them at one

11  time.

12           So give me a feel for how many are we talking about

13  and when are they scheduled?

14           **MS. COOK:**  We have five witnesses scheduled.  They

15  begin I believe on the 14th.

16           **THE COURT:**  Of May?

17           **MS. COOK:**  Of May.  And they'll proceed the 14th,

18  15th, 16th, and Monday and Tuesday, the 19th and the 20th.

19           **THE COURT:**  Okay.  And if you have an additional

20  witness that is going to testify as to the methodology --

21           **MS. COOK:**  We believe one of the witnesses that are

22  already scheduled to comment on discovery, 30(b)(6) witness

23  that's going to testify regarding discovery topics can address

24  that issue.

25           **THE COURT:**  Mr. Niemeier?

1   **MS. COOK:**  Mr. Niemeier, yes.

2   **THE COURT:**  Okay.  But how much first-hand knowledge

3   will he have to be able to answer as to the methodology -- the

4   process of what database you look at and what's the process

5   that you go through to spit out the numbers?

6   **MS. COOK:**  He'll be prepared adequately to explain

7   who did it and what was done.  He works with everybody that

8   was involved in that process.

9   **THE COURT:**  Okay.  So tell me who the witnesses are.

10  **MS. COOK:**  Okay.  I can't promise you that my order

11  is correct, because this has been ongoing in terms of

12  scheduling, but Lou Balmer Miller is one of the witnesses --

13  L-O-U -- it's a woman -- is going to testify regarding design

14  and development of the engines.

15  Rick Smock --

16  **THE COURT:**  S-M-O-C-K?

17  **MS. COOK:**  S-M-O-C-K -- is going to -- he's an

18  engineer that's been very involved in the engines the whole

19  way, and a lot of what he's going to talk about overlaps with

20  other witnesses.  But he has a very broad breadth of

21  knowledge.  He's also Caterpillar's -- one of Caterpillar's

22  experts, and he has produced an expert report, so that you're

23  aware.

24  **THE COURT:**  So when you -- give me the rest of the

25  list and then come back, because I'm concerned -- I presume --

THURSDAY, MAY 1, 2014

1  how are you going to make sure -- he's one of the experts, and

2  he's also a 30(b)(6) witness, and I presume he's been --

3       **MS. COOK:**  I understand.

4       **THE COURT:**  -- noticed to be deposed in his

5  individual capacity.  How are you going to segment the --

6       **MS. COOK:**  I think there's going to be a lot of

7  overlap, obviously.

8       **THE COURT:**  Okay.

9       **MS. COOK:**  I don't think it's possible to divide them

10  up into nice neat separate categories, unfortunately, but --

11       **THE COURT:**  It sounds to me like Mr. Smock's

12  deposition is going to take more than seven hours.

13       **MS. COOK:**  It might, Judge.  And we might have to

14  work that into the schedule.

15       **THE COURT:**  Okay.  So let's do the next one.

16       **MS. COOK:**  Doug Biagini --

17       **THE COURT:**  Spell that one for me.

18       **MS. COOK:**  B-I-A-G-I-N-I -- is going to testify on

19  issues related to compliance, the regulations, the emissions

20  regulations.

21       **THE COURT:**  Okay.

22       **MS. COOK:**  And Mike Powers is a witness who's going

23  to testify on issues relating to marketing.

24       And Bob Niemeier is going to testify on the topics

25  that have been identified.  He's really just a 30(b)(6)

 1   witness who's going to testify on the discovery that's been

 2   exchanged, the process that we go through in providing our

 3   discovery responses.

 4        **THE COURT:**  So you should be finished with those

 5   depositions.  And then let me ask, when -- who are the

 6   plaintiffs' class certification experts?

 7        **MS. COOK:**  Neil Hannemann is the one that we've

 8   received a report for.

 9        **THE COURT:**  H-A-N-A....

10        **MS. COOK:**  H-A-N-N-E-M-A-N-N.

11        **THE COURT:**  Okay.

12        **MS. COOK:**  There's another unnamed expert.  We don't

13   have the -- a report.

14        **THE COURT:**  And this is the rebuttal expert?

15        **MS. COOK:**  That's my understanding.

16        **THE COURT:**  Mr. Lehrman, why are you having a

17   different rebuttal expert?

18        **MR. LEHRMAN:**  Your Honor, I apologize, may I ask

19   Mr. Leopold and Mr. Burke to address that?

20        **THE COURT:**  Okay.  Who is going to take the lead, as

21   long as you articulate and enunciate?

22        **MS. COOK:**  Judge, may I just quickly, just so that

23   you understand?  Apparently -- I was on vacation last week,

24   but Mr. DePiano advised me that on Friday, we received a

25   report from the rebuttal expert.  I apologize, I wasn't aware

THURSDAY, MAY 1, 2014

1  of that.

2          **THE COURT:**  Okay.

3          Mr. DePiano, thank you for covering her.

4          **MS. COOK:**  For saving me.

5          **THE COURT:**  Okay.  Just -- it's unusual to have a

6  rebuttal -- a different rebuttal expert, but I can also see

7  if -- doesn't that undermine how you feel about your initial

8  expert, Mr. Burke or Mr. Leopold?

9          **MR. BURKE:**  This is Richard Burke, Your Honor.

10          The two additional experts, one is an economist who

11  rebuts the economist that Caterpillar had provided.

12          **THE COURT:**  You need to enunciate better.

13          **MR. BURKE:**  I'm sorry.

14          **THE COURT:**  One is an economist?

15          **MR. BURKE:**  Economist.  His name is Al Singer,

16  S-I-N-G-E-R.

17          **THE COURT:**  Okay.

18          **MR. BURKE:**  And the second expert is a gentleman by

19  the name of David Merrion, M-E-R-R-I-A-N -- I-O-N -- excuse

20  me.

21          **THE COURT:**  I'm sorry, spell it again.

22          **MR. BURKE:**  M-E-R-R-I-O-N.

23          **THE COURT:**  Okay.  And what is Mr. Merrion's area of

24  expertise?

25          **MR. BURKE:**  Mr. Merrion retired as the senior

1  director of engineering for the Detroit Diesel Corporation.

2  He was 56 years with that company.  His expertise is in

3  aspects of -- specifically in aspects of diesel engineering.

4        **THE COURT:**  Okay.  And what's Mr. Hannemann's area of

5  expertise?

6        **MR. BURKE:**  Mr. Hannemann's area of expertise is in

7  the design and functioning of high-performance engines.

8        **THE COURT:**  He has no experience in diesel?

9        **MR. BURKE:**  He does not.

10        **THE COURT:**  How is he relevant to this case, then?

11        **MR. BURKE:**  Well, he has experience -- well, first of

12  all, these are 30(b)(6) experts only at this point.  His

13  expertise, he was present at all of the inspections of the

14  vehicle.  He has experience in the commonality of the engines

15  done.  He has a tremendous amount of experience in engine and

16  vehicle engineering.  But he didn't have the specific

17  expertise in diesel, which is why we got David Merrion.

18        **THE COURT:**  Okay.  So he is really -- he is an expert

19  on the class certification commonality, et cetera, issues --

20        **MR. BURKE:**  Yes.

21        **THE COURT:**  -- as opposed to the 30(b)(6).

22  30(b)(6) -- I've never heard of a class having a 30(b)(6)

23  witness, but there can be a first time.

24        **MR. BURKE:**  No, I meant --

25        **THE COURT:**  I misspoke?

THURSDAY, MAY 1, 2014

 1          Okay.  So I understand why you have Mr. Singer and --

 2    who are the experts the defendant has besides Mr. Smock?

 3          **MS. COOK:**  We have an economist, Judge, Robert

 4    McCormick.

 5          Judge, we got these reports on Friday, and it sounds,

 6    from what Mr. Burke is saying, that recognizing

 7    Mr. Hannemann's limited relevance to this case, because he

 8    doesn't handle diesel engines, they've gone out and hired an

 9    expert that does have experience relevant to this case, and

10    they're -- but they're couching him as a rebuttal witness.

11    And I would just ask that I be allowed to take that expert's

12    deposition before he -- so I know what his claim is going to

13    be, before they depose ours.  Because it sounds like we're

14    being --

15          **THE COURT:**  Yes.  I think that --

16          **MS. COOK:**  -- sandbagged here, so to speak.

17          **MR. BURKE:**  That's fine.

18          **THE COURT:**  Mr. Burke, see, he agrees.  He's a

19    reasonable man.

20          Thank you, Mr. Burke, for being so reasonable.  And

21    on the record, I love that.

22          **MR. BURKE:**  Thank you.

23          **THE COURT:**  So let's do this.  The motion for class

24    certification was to be filed on May the 19th.  I'm going

25    to -- I think we previously talked about bumping that to June

1 the 19th.

2          Let me ask, what is the status of the hearing before

3 the MDL?

4          **MS. COOK:**  May 29th, Judge.

5          **THE COURT:**  Okay.  A lot may happen while I'm gone on

6 vacation.

7          Let's do this.  I'm going to bump the date to the

8 class certification motion to be filed on June the 19th.

9          Given the plan, the 30(b)(6) depositions will go

10 forward and be finished on the 20th.  Then the defendant

11 should have the opportunity to depose the plaintiffs' class

12 certification experts, which will be Mr. Hannemann,

13 Mr. Merrion, and Mr. Singer.  And I suggest that you all

14 figure out a way to get those done, plus the plaintiff having

15 an opportunity -- let me ask you this.  Why -- I misspoke.

16          All of the experts' depositions need to be taken

17 before the motion for class cert. is filed.  So you will have

18 literally -- I suggest you all give yourself at least a week

19 between the completion of the depositions, preferably two

20 weeks, because if there are any problems with the transcripts

21 being typed up, so you can turn them around and file the

22 motions for class cert.

23          Do you think that that can be done, Counsel?  Without

24 anybody dying?

25          **MR. LEOPOLD:**  Your Honor, this is Mr. Leopold.

THURSDAY, MAY 1, 2014

1        Could we ask the Court's indulgence, instead of the

2   19th, to run it to the end of June, give us just a little bit

3   more time to get these experts' depositions in?

4        **THE COURT:**  They are charging you all an arm and a

5   leg.  Tell them you are entitled to performance in exchange

6   for the outrageous bill they're sending you.

7        **MS. COOK:**  Your Honor, if I may.

8        I'm supposed to start a trial at the end of May.

9   There's a chance that it's going to be continued, but if my

10  case does not proceed, I think we can work with the June 19th

11  date, and I would just ask that you consider that if my case

12  does not continue, that we give Mr. Leopold's suggestion --

13  that we use his suggestion to go to the end of the month, so

14  that I can be involved in those depositions, because I'm lead

15  counsel.

16       **THE COURT:**  Sounds to me, Mr. Leopold, that you have

17  a fellow advocate seconding your motion.

18       **MR. LEOPOLD:**  Thank you.  I appreciate the

19  professionalism of my fellow advocate, who I admire and

20  respect greatly.

21       If I could raise that one issue that Ms. Cook just

22  raised, because it does cause some concern.  And I understand

23  all of our trial calendars.  And this is one of the reasons

24  why we have had to put off the corporate rep depositions off

25  is because of -- and this is a good thing -- Ms. Cook is very

THURSDAY, MAY 1, 2014

1   busy.  But Sedgwick has a lot of attorneys on this case, and

2   if Ms. Cook is not available because of trial, as the Court's

3   order stated last week, they may have to find other people to

4   handle the depositions.

5           I, for example, am in a federal court trial starting

6   the 19th of this month, but we are making arrangements to make

7   sure there's coverage for the corporate 30(b)(6) depositions

8   in this case.  And we tend to not be able to schedule things

9   because of Ms. Cook's busy schedule, and I understand it, but

10  it's becoming a little bit of a hinderance on moving the case

11  forward in terms of taking discovery.

12          **THE COURT:**  So what you're saying is that you would

13  like to withdraw your request for a June 30th extension?

14          **MS. COOK:**  That was gonna be my point, Judge.  I was

15  just suggesting that if I have to go to trial, that we go

16  along with what he has already suggested.

17          **THE COURT:**  Since we don't know what your schedule

18  is, let's stick with the June the 19th.  Okay?  If something

19  happens, this is a reasonable group, and we can make it work.

20          How's that, Mr. Leopold?

21          **MR. LEOPOLD:**  That is fine, Your Honor.  Thank you.

22          And, Your Honor --

23          **THE COURT:**  Yes.

24          **MR. LEOPOLD:**  -- could we get closure on the issue of

25  the mediation for next week on postponing it?

THURSDAY, MAY 1, 2014

1          **THE COURT:**  I think that it would be reasonable to

2    postpone the mediation.  Although you make a good point,

3    Ms. Cook.  I think the plaintiff really needs to complete the

4    depositions so that they are in the better position to make

5    and take an informed position.

6          I would rather that counsel's energies be focused on

7    let's get this discovery in the can.  So let us -- why don't

8    we bump the mediation date to June the 12th as well.  We'll

9    bump it a month.

10         **MR. LEOPOLD:**  Thank you, Your Honor.

11         **THE COURT:**  And that is -- that way if the --

12    although I will have to share with you all -- and let me be

13    very, very, very frank.  I constantly look at the end result.

14    And with every motion for class certification, the notice goes

15    out, and there's an opportunity for objections.  So I tend to

16    try and anticipate, to the best that I can, up front, to avoid

17    any kind of objections.

18         I will share with you, this may not be the subject of

19    an objection, but I've always had a concern in the class

20    certification process, when the parties come in and agree to

21    settle, and then agree to certify the class, I always had this

22    discomfort in my gut that I no longer have the adversary

23    process that is making sure that I'm testing the issues.

24         I do not have enough information about the facts of

25    the case, as a judge, given where we are in the case.  And I

THURSDAY, MAY 1, 2014

1   have somewhat of a fiduciary obligation to the class.  I'm not

2   suggesting that counsel would breach their fiduciary

3   obligation, but it always gives me comfort if the adversary

4   process serves up the motion for class certification prior to

5   a case being settled.

6          Am I being overly cautious?  Probably yes.  But I'm

7   also looking at down the road.  If I've got that comfort that

8   they were still in an adversary position at the time the class

9   certification motions were filed, then when the objectors come

10  in, I have confidence that the class cert. process was subject

11  to the adversary process.

12         I share that concern.  You all can tell me that the

13  likelihood of that being an issue is less than one percent,

14  and so we can't govern things.  And I'd like to move the case

15  along.

16         Why don't I just leave that out there.  You don't

17  have to comment.  And we will -- no, but I also think that it

18  helps counsel if you know the concerns a judge has.

19         **MS. COOK:**  Of course.

20         **THE COURT:**  Because you can then make sure that

21  they're addressed.  Especially when I have the privilege of

22  dealing with such great counsel that I have in this case.  I

23  mean, it's really a real --

24         **MR. BURKE:**  Thank you, Your Honor.

25         **THE COURT:**  It's a real pleasure.  Contrasted to the

1  case I will have this afternoon.

2        **MS. COOK:** Judge, may I just clarify? In terms of

3  the briefing schedule, you've moved the class certification

4  motion back a month. The other dispositive motions were also

5  due to be filed on May 19th. Are those likewise moved back a

6  month?

7        **THE COURT:** Refresh my recollection. The other --

8  can --

9        **MS. COOK:** Motions for summary judgment toward the

10  class reps.

11        **THE COURT:** Do we really need motions for summary

12  judgment on that? Don't you just simply raise those issues in

13  opposing the class certification?

14        **MS. COOK:** I would think that some of -- we will, but

15  I would think that some of those would be also argued in terms

16  of motions for summary judgment. That's how we interpreted

17  the....

18        **THE COURT:** Okay. Between you and me, I've always

19  dealt with either the identified party as an appropriate class

20  party -- class representative or not. And if the class

21  representative is not appropriate, then I deny the class

22  certification.

23        And a motion for summary judgment as to the merits of

24  the plaintiffs' claim, I think would then be available

25  immediately if I denied the motion for class.

1          **MS. COOK:**  On the merits, the merits issues.

2          **THE COURT:**  Right.

3          Do me a favor.  My computer is not up, Arun.  Do you

4    have a copy of the schedule?

5          I'm sorry.

6          Does somebody have a copy of the existing --

7          **MS. COOK:**  Judge, are you looking for the case

8    management order?

9          **LAW CLERK:**  Yes.

10         **THE COURT:**  Oh, I see.  The putative motions directed

11   to -- the defendant's dispositive and pretrial motions

12   directed to the putative class reps.

13         Let us do this.  Let's just fold this into your

14   response.

15         **MS. COOK:**  That's fine.

16         **THE COURT:**  So that is no longer an operative date.

17         **MS. COOK:**  Perfect.

18         **THE COURT:**  And that saves you of that.

19         **MR. DE PIANO:**  Thank you, Judge.

20         **THE COURT:**  And that saves the plaintiffs of having

21   to respond to that.  I'm sure that they don't mind that.

22         Now, let me ask the plaintiffs, will you need --

23   right now you had asked for a -- the parties had asked for a

24   month each to respond to -- the defendants wanted a month to

25   respond to the plaintiffs' class certification, and then the

THURSDAY, MAY 1, 2014

1  defendants (sic) wanted a month to respond to the defendant's

2  response -- or to reply.  Do you still need that amount of

3  time?

4      **MS. COOK:**  I -- for the -- at least the first round,

5  you know, I think we need 30 days to respond to their initial

6  motion for class certification.  Maybe the subsequent reply to

7  their response, we don't need 30 days.  But I would ask for

8  30 days to respond to the initial motion.

9      **THE COURT:**  So that takes you into July.

10      Part of the problem that we have is, remember, we're

11  on this little three-party partnership.  My law clerk that has

12  the most intimate knowledge of the file, his last day is

13  September the 1st.  I need to address this before he leaves,

14  so that I -- and if we drag it out, as you all are proposing,

15  then I've got a problem.

16      I use the benefits of the -- my in-house knowledge,

17  besides the fact of starting with a brand-new law clerk, and I

18  will share with you, the first six weeks is always -- the poor

19  law clerk saying, oh, my God, what did I get myself into?

20      **MS. COOK:**  Judge, it looks to me that even if we were

21  to apply the present time periods adjusted by 30 days, because

22  you've given the plaintiffs an additional 30 days, our last

23  reply would be due on August the 19th.

24      Is that right, David?

25      **MR. DE PIANO:**  No, the plaintiffs' reply.

1      **MS. COOK:**  The plaintiffs' reply would be due on

2   August the 19th.  And then we would have -- that should end

3   everything, yeah.  Yeah, that should end everything.

4      **THE COURT:**  But if you take a month to do your reply,

5   and then the two sides are giving me two weeks to review, to

6   read everything that you have labored over, and put out a

7   60-page order?  I don't think it works.

8      **MS. COOK:**  Well, then maybe we don't push it back --

9   maybe we don't push the -- give the plaintiffs until the 19th.

10  Maybe we move that back a little bit.

11     **MR. LEOPOLD:**  Your Honor, this is Mr. Leopold.

12     We can file our reply within 15 days.

13     **THE COURT:**  So that would... so you could file yours

14  by August the 5th?

15     **MR. LEOPOLD:**  Whatever date that is, Your Honor.

16  Perhaps the defendants could maybe instead of 30 days -- to

17  help the Court, maybe 20 days to file a response might be

18  helpful.

19     **THE COURT:**  How about 25 days?

20     **MS. COOK:**  We would like 30, Judge, but 25 we'll work

21  with, obviously.

22     **THE COURT:**  Assuming, when -- I mean, they have the

23  burden.  You just have to shoot holes into it.

24     **MS. COOK:**  Twenty-five days should be fine, Judge.

25  We understand the situation, and we want to make sure that you

THURSDAY, MAY 1, 2014

1   have time to do what you need to do.  So 25 days will be fine.

2          **THE COURT:**  Okay.  Then what we'll do is we'll stick

3   with the June 19th date.  Twenty-five days from that will

4   be... July the 14th is the date for the response.

5          And I'm saving you, Ms. Cook, from having to file a

6   dispositive motion.

7          **MS. COOK:**  True.  Thank you.  Thank you.

8          **THE COURT:**  Okay.  And then 15 days from that... and

9   then the plaintiff will file their reply by the 29th.

10          **MS. COOK:**  Judge, may I just ask that -- July 14th is

11   a Friday, if my calendar --

12          **THE COURT:**  July 14th is a Monday.

13          **MS. COOK:**  Oh, then I'm sorry.  I was going to ask if

14   we could at least have that weekend, but if it's a Monday,

15   then forget it.

16          **THE COURT:**  I'm looking at my July the 14th calendar.

17          **MS. COOK:**  Perfect.  Then I was reading mine wrong.

18   I apologize.

19          **THE COURT:**  And I apologize to you.  You lose the

20   4th of July holiday, which everyone likes to spend with

21   their family.

22          Let me ask the plaintiff, could you file yours on

23   June the 19th, instead of --

24          **MR. LEHRMAN:**  Yes, Your Honor.

25          **THE COURT:**  I mean, June the 18th, not the 19th, a

1   day earlier?

2          **MR. LEOPOLD:**  That's fine, Your Honor.

3          **THE COURT:**  Who is that speaking?

4          **MR. LEOPOLD:**  Mr. Leopold, Your Honor.

5          **THE COURT:**  Okay.  That gives you 26 days.  And so

6   you as well as the plaintiffs will have an opportunity to

7   enjoy the national holiday.

8          **MS. COOK:**  Thank you.

9          **THE COURT:**  Okay?  And you've managed to get another

10  day.

11         Thank you very much, Mr. Leopold.  I appreciate it.

12         Okay.  So you all are going to work out a schedule

13  between yourselves as to the taking of the depositions of the

14  experts following the completion of the five witnesses of the

15  30(b)(6), which should be completed on May the 20th.

16         Perhaps you should schedule Mr. Niemeier first on the

17  discovery?

18         **MS. COOK:**  Judge, the schedule is based on their

19  schedules in terms of the order.

20         **THE COURT:**  So when is Mr. Niemeier scheduled?

21         **MS. COOK:**  I'm sorry, Judge, I don't know the order.

22  I can find out for you.

23         **THE COURT:**  Does Mr. DePiano know?

24         **MS. COOK:**  No.

25         **MR. DE PIANO:**  I would have to check the email.

THURSDAY, MAY 1, 2014

1          **THE COURT:**  Check the email.

2          I'm just -- I would just like to be able to...

3    Mr. Lehrman, since the other 30(b)(6) witnesses have to do

4    with things separate and apart from the numbers, I guess -- of

5    the potential class numbers, Mr. Niemeier's not -- the timing

6    of his deposition is not all that critical.

7          **MR. LEHRMAN:**  But I understand that Mr. Niemeier's --

8    one of his categories is defendant's methodology for producing

9    documents.  I don't know if that also included the methodology

10   for coming up with the numbers and their search of the

11   warranty database that Ms. Cook identified.

12         **THE COURT:**  I think that that's what Ms. Cook has

13   said, that he's going to be prepared to address that issue as

14   well.

15         **MR. LEHRMAN:**  Okay.

16         **THE COURT:**  Okay.  So the last question I have is --

17   the parties will come up with the schedule for deposing

18   Mr. Hannemann, Mr. Singer, and Mr. Merrion.  And then

19   defendant's expert -- you only have one expert, Mr. Smock?

20         **MS. COOK:**  No, we also have an economist.

21         **THE COURT:**  Okay.  And who's your -- oh,

22   Mr. McCormick.

23         So are you going to bring Mr. Smock back for his

24   expertise deposition, or are you going to sort of cover

25   everything?

1    **MS. COOK:**  Judge, we -- the plan would be to bring

2  him back.  But as I said, there's going to be some -- there's

3  going to be overlap.  And it may be a situation that we can't

4  finish everything that day we have him scheduled, because he

5  is involved also as an expert.

6    **THE COURT:**  Okay.  I'm sure that Mr. Leopold and

7  Mr. Burke and Mr. Lehrman probably do not want to deal with

8  the expert aspects of his deposition -- I mean, his report,

9  when they're just simply looking for discovery of information.

10    **MS. COOK:**  Exactly.  And we would bring him -- we had

11  originally -- before the depositions were postponed, he was

12  scheduled to come to south Florida already.  We're not

13  suggesting they need to do it all in one day.

14    **THE COURT:**  Okay.  Do you feel comfortable with that,

15  Mr. Burke, Mr. Leopold, and Mr. Lehrman?

16    So you're going to do Mr. Smock as an expert the next

17  go-around, after you've done your 30(b)(6) depositions.

18    **MR. BURKE:**  Yes, Your Honor.  This is Richard Burke.

19  Yes, Your Honor.

20    **THE COURT:**  Any problem with that?

21    **MR. BURKE:**  No, Your Honor.

22    **THE COURT:**  Okay.  Then God bless you all and the

23  horses you rode in on.

24    Mr. Leopold and Mr. Burke, where are the two of you?

25    **MR. BURKE:**  This is Richard Burke.  I'm in St. Louis.

THURSDAY, MAY 1, 2014

1          THE COURT:  Oh.  Hopefully you are near a bomb

2    shelter in case of a tornado.

3          MR. BURKE:  Oh, goodness.  Yeah, well, it's been

4    crazy.

5          THE COURT:  And, Mr. Leopold, where are you?

6          MR. LEOPOLD:  (No response.)

7          THE COURT:  Have we lost Mr. Leopold?

8          MR. LEHRMAN:  I understood Mr. Leopold was in Texas.

9          MR. LEOPOLD:  I'm sorry, Your Honor.  I am in Dallas,

10   Texas.

11         Dallas.

12         THE COURT:  Dallas.  Oh, gotcha.

13         MR. LEOPOLD:  Yes, Your Honor.

14         THE COURT:  Okay.  Thank you.

15         Thank you all very much.  I appreciate it.

16         And thank you very much, Mr. Lehrman, for being here.

17         MR. LEHRMAN:  Thank you, Your Honor.

18         MS. COOK:  Thank you.

19         MR. LEOPOLD:  Thank you, Your Honor.

20         THE COURT:  We will get out an order indicating that

21   there is -- revamping the schedule; that there's not going to

22   be the special master appointed based upon the parties'

23   representations to me that it's not necessary; and that the

24   defendant has agreed that they will provide Mr. Niemeier, who

25   will be prepared at his 30(b)(6) deposition to answer the

1    plaintiffs' questions as to the methodology, the database --

2    the database that he checked, why that is the only database

3    that is relevant, and what was the methodology that he used to

4    come up with the numbers that were provided to the plaintiffs

5    as to the potential class members; and that the defendant does

6    not have to produce any more numbers as to any of the other

7    classes -- I mean the nonbus C13 and C15.

8             Okay?

9             **MS. COOK:**  Thank you, Your Honor.

10            **THE COURT:**  Thank you all very much.

11            **MR. LEOPOLD:**  Thank you, Your Honor.

12            **MR. BURKE:**  Thank you, Your Honor.

13            **THE COURT:**  I hope Mr. Cavanaugh doesn't feel that

14   we're rejecting him.

15            **MR. BURKE:**  I don't think so.

16            **THE COURT:**  Okay.

17        (Proceedings were adjourned at 11:47 a.m.)

18                             * * *

19         I certify that the foregoing is a correct transcript

20   from the record of proceedings in the above matter.

21   Date:  June 14, 2014

22

23            s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
             Signature of Court Reporter

24

25                             * * *

THURSDAY, MAY 1, 2014

**1**

**1010 [1]** 1/17
**10:06 [1]** 1/4
**10:47 [1]** 20/9
**10:50 [1]** 20/10
**11:47 [1]** 52/17
**11th [1]** 29/23
**12-CV-23927-PAS [1]** 1/2
**12th [1]** 41/8
**1340 [1]** 1/17
**14 [1]** 52/21
**14th [7]** 27/2 31/15 31/17 47/4 47/10
 47/12 47/16
**15 [1]** 47/8
**15 days [1]** 46/12
**1500 [1]** 1/20
**15th [1]** 31/18
**16,373 [1]** 13/10
**16th [1]** 31/18
**178 [1]** 1/8
**17th [2]** 4/25 20/22
**18th [2]** 29/25 47/25
**19th [15]** 31/18 37/24 38/1 38/8 39/2
 39/10 40/6 40/18 43/5 45/23 46/2 46/9
 47/3 47/23 47/25
**1st [2]** 27/19 45/13

**2**

**20 days [1]** 46/17
**200 [1]** 1/15
**2014 [2]** 1/3 52/21
**20th [3]** 31/18 38/10 48/15
**22,192 [2]** 13/5 13/9
**23,192 [3]** 12/9 12/12 13/16
**24th [2]** 24/20 30/20
**25 [2]** 46/19 46/20
**25 days [1]** 47/1
**25th [3]** 5/11 5/21 30/2
**26 [1]** 48/5
**2925 [1]** 1/15
**29th [1]** 38/4 47/9

**3**

**30 [33]** 6/7 6/23 13/25 14/5 17/16
 20/21 21/1 21/8 24/15 25/15 26/8
 28/15 28/25 29/4 30/10 30/19 31/6
 31/7 31/9 31/22 33/2 33/25 36/12
 36/21 36/22 36/22 38/9 40/7 46/20
 48/15 49/3 50/17 51/25
**30 days [6]** 45/5 45/7 45/8 45/21 45/22
 46/16
**305 [1]** 1/24
**30th [1]** 40/13
**33128 [1]** 1/23
**33131 [1]** 1/21
**33301 [1]** 1/13
**33410 [1]** 1/15

**4**

**400 [1]** 1/23
**425 [1]** 1/12
**4th [1]** 47/20

**5**

**5,819 [1]** 12/6
**50 [1]** 10/10
**51 [1]** 10/17
**519 [1]** 13/10
**523-5294 [1]** 1/24

**5294 [1]** 1/24
**56 years [1]** 36/2
**5th [1]** 46/14

**6**

**60-page [1]** 46/7
**62 [1]** 1/5
**626 [1]** 8/14
**63101 [1]** 1/18

**7**

**77935 [1]** 12/8

**8**

**8N09 [1]** 1/23

**A**

**a.m [4]** 1/4 20/9 20/10 52/17
**able [5]** 6/7 23/2 32/3 40/8 49/2
**about [27]** 6/11 7/1 8/8 8/11 12/19
 13/25 14/21 15/22 16/16 17/8 17/11
 17/25 19/8 21/25 26/7 26/16 27/12
 28/9 28/14 28/17 30/9 31/12 32/19
 35/7 37/25 41/24 46/19
**above [1]** 52/20
**access [1]** 7/8
**accordance [1]** 14/1
**accordingly [1]** 2/20
**accurate [2]** 7/14 10/8
**acting [1]** 16/5
**action [4]** 10/16 13/23 13/23 27/5
**actions [2]** 10/1 10/15
**actually [5]** 6/23 7/11 14/2 14/25 15/15
 35/10 45/22
**additional [6]** 8/6 8/22 11/24 31/19
 35/10 45/22
**address [13]** 3/24 5/15 6/12 7/21 8/9
 9/6 9/7 14/5 14/7 31/23 34/19 45/13
 49/13
**addressed [3]** 22/8 28/17 42/21
**adequately [1]** 32/6
**adjourned [1]** 52/17
**adjusted [1]** 45/21
**administered [1]** 18/12
**admire [1]** 39/19
**adversary [4]** 41/22 42/3 42/8 42/11
**advise [1]** 2/20
**advised [2]** 29/8 34/24
**advocate [2]** 39/17 39/19
**after [3]** 28/20 31/4 50/17
**afternoon [1]** 43/1
**again [2]** 9/24 35/21
**against [1]** 10/2
**agree [8]** 21/6 21/10 21/13 25/3 29/9
 29/18 41/20 41/21
**agreed [2]** 24/21 51/24
**agreement [3]** 14/5 16/16 16/18
**agrees [1]** 37/18
**ahead [2]** 22/20 25/23
**air [1]** 26/13
**al [2]** 1/3 35/15
**all [60]**
**all's [1]** 15/16
**allegation [1]** 11/2
**allege [1]** 11/16
**allow [2]** 6/25 12/2
**allowed [1]** 37/11
**allowing [1]** 28/23
**allows [1]** 7/8
**along [5]** 4/15 23/3 28/8 40/16 42/15

**already [4]** 6/10 31/22 40/16 50/12
**also [18]** 12/3 13/20 17/8 21/9 24/10
 26/9 29/11 31/8 32/21 33/2 35/6 42/7
 42/17 43/4 43/15 49/9 49/20 50/5
**although [3]** 19/2 41/2 41/12
**always [6]** 18/7 41/19 41/21 42/3 43/18
 45/18
**am [11]** 3/19 7/25 15/18 23/4 26/17
 26/17 26/20 26/22 40/5 42/6 51/9
**amongst [1]** 28/20
**amount [3]** 28/24 36/15 45/2
**Andrews [1]** 1/12
**another [2]** 34/12 48/9
**answer [3]** 4/16 32/3 51/25
**anticipate [1]** 41/16
**anticipation [1]** 17/5
**any [15]** 5/12 9/11 10/10 13/8 13/16
 14/18 17/6 17/25 21/10 23/7 38/20
 41/17 50/20 52/6 52/6
**anybody [1]** 38/24
**apart [2]** 25/17 49/4
**apologize [4]** 34/18 34/25 47/18 47/19
**Apparently [2]** 30/15 34/23
**appear [1]** 14/12
**appearances [2]** 1/10 2/4
**appearing [2]** 2/6 2/15
**appears [1]** 9/22
**appellate [1]** 15/19
**application [2]** 10/16 10/22
**applications [12]** 8/15 8/25 9/3 9/3 9/4
 9/14 10/11 11/9 12/17 12/19 12/19
 13/10
**apply [1]** 45/21
**appointed [1]** 51/22
**appointing [1]** 26/21
**appreciate [6]** 4/1 8/1 16/5 39/18 48/11
 51/15
**appropriate [3]** 22/10 43/19 43/21
**April [7]** 4/25 5/11 5/21 20/22 29/23
 29/25 30/2
**April 17th [2]** 4/25 20/22
**April 25th [2]** 5/11 5/21
**are [67]**
**area [3]** 35/23 36/4 36/6
**argued [1]** 43/15
**argument [1]** 2/17
**arise [2]** 17/6 21/11
**arises [1]** 21/12
**arm [1]** 39/4
**around [2]** 38/21 50/17
**arrangements [1]** 40/6
**articulate [2]** 28/11 34/21
**Arun [1]** 44/3
**as-needed [1]** 21/11
**ask [18]** 4/17 19/11 20/20 21/17 29/20
 31/5 34/5 34/18 37/11 38/2 38/15 39/1
 39/11 44/22 45/7 47/10 47/13 47/22
**asked [3]** 31/2 44/23 44/23
**aspect [1]** 17/9
**aspects [3]** 36/3 36/3 50/8
**associated [1]** 21/16
**Assuming [1]** 46/22
**assumption [1]** 30/19
**attached [2]** 4/25 5/10
**attend [2]** 4/14 21/14
**attorneys [1]** 40/1
**August [3]** 45/23 46/2 46/14
**available [7]** 17/13 22/9 24/2 25/23
 27/4 40/2 43/24
**Ave [1]** 1/12

**A**

**Avenue [1]**  1/23

**B**

**B-I-A-G-I-N-I [1]**  33/18
**babysitter [1]**  24/5
**back [14]**  15/8 16/15 20/1 20/2 26/2
  26/3 27/19 32/25 43/4 43/5 46/8 46/10
  49/23 50/2
**Balmer [2]**  32/12
**based [7]**  9/22 17/22 26/20 30/19 31/9
  48/18 51/22
**basis [1]**  21/11
**Bates [1]**  12/8
**battle [1]**  26/12
**be [85]**
**Beach [1]**  1/15
**beam [1]**  4/5
**beam-me-in-Scotty [1]**  4/5
**bear [1]**  19/4
**because [26]**  6/19 14/3 15/2 15/5 17/7
  17/13 17/20 21/15 21/20 21/23 25/21
  26/6 26/22 32/11 32/25 37/7 37/13
  38/20 39/14 39/22 39/25 40/2 40/9
  42/20 45/21 50/4
**becoming [1]**  40/10
**been [22]**  6/11 14/3 14/4 14/8 14/14
  16/15 17/11 18/16 18/19 24/4 25/7
  26/9 28/14 28/19 30/11 31/8 32/11
  32/18 33/2 33/25 34/1 51/3
**before [15]**  1/9 4/15 7/17 19/5 25/10
  27/2 29/4 30/10 31/10 37/12 37/13
  38/2 38/17 45/13 50/11
**begin [1]**  31/15
**beginning [1]**  26/3
**behalf [4]**  2/23 2/25 3/20 16/8
**being [17]**  6/22 8/22 9/9 11/24 16/4
  16/4 17/12 17/12 18/6 23/5 37/14
  37/20 38/21 42/5 42/6 42/13 51/16
**believe [8]**  6/9 6/12 6/23 21/2 25/21
  28/18 31/15 31/21
**believes [1]**  16/20
**beneficial [1]**  22/20
**benefits [1]**  45/16
**besides [2]**  37/2 45/17
**best [6]**  3/23 3/25 15/16 28/12 29/16
  41/16
**better [5]**  4/5 9/2 25/25 35/12 41/4
**between [4]**  12/24 38/19 43/18 48/13
**beyond [3]**  14/2 14/9 15/11
**Biagini [1]**  33/16
**bill [1]**  39/6
**billable [1]**  15/12
**bills [1]**  15/13
**Biscayne [1]**  1/20
**bit [3]**  39/2 40/10 46/10
**bless [2]**  13/24 50/22
**Blvd [2]**  1/15 1/20
**Bob [2]**  6/11 33/24
**bomb [1]**  51/1
**born [1]**  14/15
**both [9]**  9/1 14/6 17/23 18/9 19/7 21/17
  25/14 31/2 31/10
**brand [1]**  45/17
**brand-new [1]**  45/17
**breach [1]**  42/2
**breadth [1]**  32/20

**break [2]**  7/24 7/25
**briefing [2]**  30/25 43/3
**briefly [1]**  8/9
**bring [3]**  49/23 50/1 50/10
**brings [1]**  5/17
**broad [3]**  12/1 22/12 32/20
**brought [1]**  10/2
**bump [3]**  38/7 41/8 41/9
**bumping [1]**  37/25
**burden [1]**  46/23
**Burke [29]**  1/16 2/12 3/22 4/7 4/15
  14/16 16/2 19/13 19/18 19/19 19/20
  20/13 23/10 23/11 23/13 25/5 25/22
  28/3 34/19 35/8 35/9 37/6 37/18 37/20
  50/7 50/15 50/18 50/24 50/25
**bus [5]**  9/4 10/16 11/3 11/5 11/8 11/17
  13/18
**buses [5]**  8/14 9/8 9/14 12/16 12/17
**busy [2]**  40/1 40/9
**button [1]**  4/5

**C**

**C13 [19]**  3/6 5/24 8/14 8/24 9/3 9/4
  9/14 10/9 10/22 11/17 12/6 12/9 12/11
  12/13 12/20 13/12 13/18 13/19 52/7
**C13s [3]**  8/15 12/14 12/15
**C15 [10]**  3/7 5/24 8/25 9/3 10/9 10/22
  11/17 13/23 13/25 52/7
**C15s [2]**  8/15 13/16
**calendar [2]**  47/11 47/16
**calendars [1]**  39/23
**California [2]**  8/16 9/11
**call [5]**  7/24 15/4 23/5 27/2 27/2
**called [2]**  2/1 7/6
**came [4]**  21/25 24/17 28/17 29/5
**can [42]**  2/18 2/19 3/12 4/2 4/5 4/10
  6/18 6/24 6/25 7/12 7/21 7/24 15/24
  15/24 16/8 16/9 17/1 18/10 18/12
  19/10 19/12 25/23 26/2 26/8 27/2 27/3
  27/25 31/23 35/6 36/23 38/21 38/23
  39/10 39/14 40/19 41/7 41/16 42/12
  42/20 43/8 46/12 48/22
**can't [5]**  6/6 23/5 32/10 42/14 50/3
**cannot [1]**  22/8
**capabilities [1]**  20/8
**capable [1]**  9/18
**capacities [1]**  25/11
**capacity [3]**  25/15 31/8 33/5
**care [3]**  5/16 7/15 7/23
**carrying [1]**  9/16
**case [32]**  1/2 2/2 14/2 14/4 17/12 17/17
  18/1 18/9 18/10 18/13 22/21 22/24
  25/8 26/19 29/12 29/17 36/10 37/7
  37/9 39/10 39/11 40/1 40/8 40/10
  41/25 41/25 42/5 42/14 42/22 43/1
  44/7 51/2
**cases [9]**  8/20 8/22 10/19 11/20 11/24
  14/6 14/10 23/20 23/22
**CAT [1]**  16/8
**categories [3]**  9/8 33/10 49/8
**CATERPILLAR [20]**  1/5 2/3 2/25 4/19
  6/2 7/9 8/20 10/2 12/6 12/6 12/7 12/8
  12/8 12/12 12/25 13/1 13/24 20/20
  20/21 35/11
**Caterpillar 77935 [1]**  12/8
**Caterpillar's [9]**  4/17 8/13 16/9 16/13
  16/19 17/15 20/24 32/21 32/21
**cause [1]**  39/22
**caution [1]**  17/20
**cautious [2]**  18/6 42/6

**Cavanaugh [10]**  16/20 18/20 22/1
  23/10 23/11 23/20 26/21 27/11 28/15
  52/13
**Cavanaugh's [1]**  16/14
**cell [2]**  2/19 2/21 19/13
**cert [3]**  38/17 38/22 42/10
**certain [2]**  6/3 12/3
**Certainly [2]**  9/25 16/11
**certification [20]**  29/21 29/23 29/25
  30/2 30/4 30/25 34/6 36/19 37/24 38/8
  38/12 41/14 41/20 42/4 42/9 43/3
  43/13 43/22 44/25 45/6
**CERTIFIED [1]**  52/23
**certify [2]**  41/21 52/19
**cetera [1]**  36/19
**champerty [1]**  14/13
**chance [1]**  39/9
**changed [1]**  22/1
**charging [1]**  39/4
**chart [5]**  4/24 5/19 8/13 9/22 9/23
**chat [1]**  7/25
**check [2]**  48/25 49/1
**checked [1]**  52/2
**Chicago [1]**  22/16
**circumstances [2]**  29/8 29/19
**Civil [1]**  2/2
**claim [2]**  37/12 43/24
**claims [2]**  9/9 9/11
**clarify [1]**  43/2
**class [44]**  10/1 10/15 10/16 10/19 11/3
  11/16 13/5 17/25 18/12 23/16 29/21
  29/23 29/24 30/2 30/4 30/25 34/6
  36/19 36/22 37/23 38/8 38/11 38/17
  38/22 41/14 41/19 41/21 42/1 42/4
  42/8 42/10 43/3 43/10 43/13 43/19
  43/20 43/20 43/21 43/25 44/12 44/25
  45/6 49/5 52/5
**classes [3]**  10/14 10/23 52/7
**clear [1]**  26/4
**clearer [1]**  28/11
**clerk [3]**  45/11 45/17 45/19
**clients [3]**  10/12 14/10 14/11
**closure [1]**  40/24
**cocounsel [1]**  22/8
**column [2]**  9/13 10/17
**columns [2]**  9/2 9/7
**come [15]**  3/15 16/16 16/18 16/22 20/1
  20/2 24/20 25/18 27/17 32/25 41/20
  42/9 49/17 50/12 52/4
**comes [3]**  8/14 27/18 27/24
**comfort [2]**  42/3 42/7
**comfortable [3]**  15/12 18/10 50/14
**coming [4]**  14/4 15/8 19/3 49/10
**commanding [1]**  26/17
**commences [1]**  26/12
**comment [2]**  31/22 42/17
**commonality [2]**  36/14 36/19
**communicating [1]**  20/8
**company [1]**  36/2
**compile [4]**  4/20 4/24 5/19 7/2
**complete [1]**  41/3
**completed [2]**  30/10 48/15
**completion [2]**  38/19 48/14
**Complex [1]**  1/17
**compliance [1]**  33/19
**computer [2]**  7/4 44/3
**concept [1]**  14/13
**concern [4]**  14/22 39/22 41/19 42/12
**concerned [5]**  15/9 15/18 19/6 26/22
  32/25

## C

**concerns** [1]  42/18
**conduct** [3]  21/8 22/10 26/8
**conductive** [1]  12/2
**conference** [1]  2/19
**confidence** [7]  6/17 7/13 15/3 22/2
 23/2 26/8 42/10
**confirming** [1]  7/18
**conflicts** [1]  12/3
**consider** [1]  39/11
**consistent** [1]  5/2
**consolidated** [1]  13/23
**constantly** [1]  41/13
**consult** [2]  7/17 8/7
**consulted** [3]  3/15 4/24 5/23
**contains** [1]  5/22
**contend** [1]  8/7
**continue** [2]  11/12 39/12
**continued** [3]  17/7 20/10 39/9
**Contrasted** [1]  42/25
**convenient** [1]  19/15
**conversation** [1]  25/2
**Cook** [12]  1/19 2/24 5/18 21/2 28/13
 39/21 39/25 40/2 41/3 47/5 49/11
 49/12
**Cook's** [3]  4/25 24/8 40/9
**copy** [2]  44/4 44/6
**corporate** [2]  39/24 40/7
**Corporation** [1]  36/1
**correct** [7]  2/10 3/13 5/6 11/19 12/21
 32/11 52/19
**corroboration** [2]  5/12 13/2
**cost** [4]  26/19 26/23 26/23 26/24
**cost-efficient** [1]  26/19
**couching** [1]  37/10
**could** [15]  6/12 6/15 7/10 14/25 17/8
 21/11 24/2 31/10 39/1 39/21 40/24
 46/13 46/16 47/14 47/22
**counsel** [24]  2/4 2/9 2/15 4/18 5/9 5/11
 7/17 8/8 10/2 16/16 20/11 20/24 22/2
 22/20 26/6 26/7 26/25 27/22 27/24
 38/23 39/15 42/2 42/18 42/22
**counsel's** [1]  41/6
**country** [2]  23/4 27/19
**course** [2]  14/25 42/19
**court** [17]  1/1 1/22 2/1 3/22 4/9 4/10
 8/9 12/1 17/23 20/9 20/17 23/21 28/11
 28/23 40/5 46/17 52/23
**Court's** [9]  3/5 3/19 3/24 4/16 5/2 5/3
 8/3 39/1 40/2
**courtroom** [1]  19/12
**cover** [1]  49/24
**coverage** [1]  40/7
**covering** [1]  35/3
**crazy** [1]  51/4
**create** [1]  17/25
**critical** [1]  49/6
**CRR** [1]  1/22
**CV** [1]  1/2

## D

**Dallas** [3]  51/9 51/11 51/12
**data** [1]  7/9
**database** [13]  5/22 6/3 7/4 7/5 7/6 7/8
 7/12 20/24 32/4 49/11 52/1 52/2 52/21
**date** [10]  14/14 31/2 38/7 39/11 41/8
 44/16 46/15 47/3 47/4 52/21
**dates** [3]  23/4 31/3 31/4
**David** [5]  1/19 2/25 35/19 36/17 45/24

**day** [8]  17/3 25/18 29/13 45/12 48/1
 48/10 50/4 50/13
**days** [14]  45/5 45/7 45/8 45/21 45/22
 46/12 46/16 46/17 46/19 46/24 47/1
 47/3 47/8 48/5
**DE** [1]  1/8
**deadlines** [1]  30/24
**deal** [3]  21/10 27/4 50/7
**dealing** [1]  42/22
**dealt** [2]  21/12 43/19
**decide** [2]  18/15 27/11
**decided** [1]  18/19
**defendant** [12]  1/5 1/19 3/6 3/14 5/11
 24/1 29/22 30/3 37/2 38/10 51/24 52/5
**defendant's** [7]  5/10 29/2 29/24 44/11
 45/1 49/8 49/19
**defendants** [7]  2/23 11/19 19/11 24/8
 44/24 45/1 46/16
**defense** [3]  4/18 5/9 5/11
**defer** [2]  15/16 16/20
**defined** [1]  10/20
**definition** [2]  10/14 10/20
**denied** [1]  43/25
**deny** [1]  43/21
**DePiano** [6]  1/19 2/25 9/6 34/24 35/3
 48/23
**depo** [1]  21/14
**depos** [1]  21/15
**depose** [4]  29/22 29/24 37/13 38/11
**deposed** [4]  25/13 25/14 30/23 33/4
**deposing** [1]  49/17
**deposition** [14]  14/24 15/1 22/15 23/1
 23/5 25/11 26/8 27/1 33/12 37/12 49/6
 49/24 50/8 51/25
**depositions** [39]  14/4 14/5 15/7 16/14
 16/21 17/5 17/9 17/17 17/17 21/8
 22/11 23/6 24/4 24/16 24/19 26/14
 27/13 28/15 28/21 28/25 29/4 30/3
 30/10 30/18 30/19 31/6 34/5 38/9
 38/16 38/19 39/3 39/14 39/24 40/4
 40/7 41/4 48/13 50/11 50/17
**derived** [1]  20/22
**described** [1]  20/24
**design** [2]  32/13 36/7
**designated** [1]  6/11
**designee** [1]  20/21
**desire** [1]  29/6
**determinations** [1]  15/20
**Detroit** [1]  36/1
**development** [1]  32/14
**did** [8]  4/14 4/16 4/17 6/24 7/11 14/21
 32/7 45/19
**didn't** [5]  11/4 21/24 29/9 29/18 36/16
**diesel** [5]  36/1 36/3 36/8 36/17 37/8
**different** [4]  9/7 30/14 34/17 35/6
**difficult** [2]  4/3 4/6
**difficulty** [3]  2/15 15/13 22/22
**directed** [2]  20/20 44/10 44/12
**director** [1]  36/1
**discloses** [1]  13/15
**disclosing** [1]  8/15
**disclosure** [1]  13/16
**discomfort** [1]  41/22
**discovery** [15]  1/8 6/12 12/4 14/3 15/11
 17/15 28/25 31/22 31/23 34/1 34/3
 40/11 41/7 48/17 50/9
**discrepancy** [1]  12/24
**discussed** [3]  18/16 21/1 28/19
**discussion** [4]  11/23 17/11 21/20 30/16
**discussions** [5]  16/15 17/8 28/14 30/8

**30/9
**dispassionately** [1]  15/4
**dispositive** [3]  43/4 44/11 47/6
**dispute** [1]  3/4
**disputes** [3]  17/15 22/10 25/7
**district** [6]  1/1 1/1 1/9 17/23 19/2 23/21
**divide** [1]  33/9
**do** [43]  3/25 6/15 7/19 13/13 15/10
 16/21 17/1 17/1 17/25 18/20 19/8
 19/10 19/25 21/3 23/6 23/20 23/24
 26/18 27/3 28/12 29/17 30/12 31/2
 31/10 33/15 37/23 38/7 38/23 41/24
 43/11 44/3 44/3 44/13 45/2 46/4 47/1
 47/1 47/2 49/9 52/7 50/13 50/14 50/16
**docket** [2]  21/18 22/4
**documents** [6]  3/14 4/20 5/7 5/21 7/3
 49/9
**does** [16]  7/15 9/4 9/4 19/17 19/23
 21/13 23/10 27/17 36/9 37/9 39/10
 39/12 39/22 44/6 48/23 52/5
**doesn't** [3]  35/7 37/8 52/13
**doing** [1]  9/18
**don't** [31]  3/16 6/23 7/7 7/7 7/9 7/19
 7/22 11/11 14/12 15/8 15/18 18/21
 18/21 19/8 22/24 23/24 33/9 34/12
 40/17 41/7 42/16 42/16 43/12 44/21
 45/7 46/7 46/8 46/9 48/21 49/9 52/15
**done** [7]  26/19 28/4 32/7 36/15 38/14
 38/23 50/17
**door** [1]  19/12
**double** [1]  11/12
**double-team** [1]  11/12
**doubt** [1]  13/8
**Doug** [1]  33/16
**down** [2]  17/11 42/7
**drag** [1]  45/14
**due** [3]  43/5 45/23 46/1
**during** [1]  14/25
**dying** [1]  38/24

## E

**each** [3]  5/24 25/13 44/24
**earlier** [2]  21/1 48/1
**easily** [1]  6/15
**economist** [5]  35/10 35/11 35/14 35/15
 37/3 49/20
**effectively** [2]  21/12 22/8
**efficient** [2]  18/13 26/19
**either** [2]  27/12 43/19
**elocution** [2]  23/16 28/8
**email** [2]  48/25 49/1
**emissions** [1]  33/19
**enable** [1]  5/3
**end** [6]  39/2 39/8 39/13 41/13 46/2
 46/3
**energies** [1]  41/6
**engagement** [2]  21/7 21/9
**engine** [3]  12/12 12/20 36/15
**engineer** [1]  32/18
**engineering** [3]  36/1 36/3 36/16
**engines** [14]  3/7 5/24 8/14 9/8 10/3
 11/17 12/6 12/9 13/12 32/14 32/18
 36/7 36/14 37/8
**enjoy** [1]  48/7
**enough** [4]  18/7 25/6 25/21 41/24
**enter** [1]  26/21
**entered** [1]  24/12
**entire** [1]  13/19
**entitled** [1]  39/5
**entry** [2]  21/18 22/5

**E**

**entry 179-1 [2]** 21/18 22/5
**enunciate [3]** 23/15 34/21 35/12
**envision [2]** 15/23 22/14
**Especially [1]** 42/21
**Esq [5]** 1/11 1/14 1/16 1/19 1/19
**essentially [2]** 5/12 9/7
**estimate [1]** 13/4
**et [2]** 1/3 36/19
**et cetera [1]** 36/19
**even [4]** 11/2 11/5 14/10 45/20
**every [3]** 12/20 27/23 41/14
**everybody [2]** 26/1 32/7
**everyone [2]** 18/10 47/20
**everything [5]** 46/3 46/3 46/6 49/25 50/4
**exact [2]** 7/8 7/9
**exactly [5]** 3/9 6/14 9/4 16/17 50/10
**examine [1]** 6/21
**example [2]** 12/5 40/5
**except [2]** 9/4 9/14
**excess [2]** 3/10 3/12
**exchange [1]** 39/5
**exchanged [2]** 30/12 34/2
**excuse [2]** 9/8 35/19
**existing [1]** 44/6
**expand [1]** 13/20
**expanded [1]** 13/25
**expanding [1]** 11/25
**expeditions [1]** 13/21
**expense [2]** 21/15 21/16
**experience [8]** 17/22 26/24 27/22 36/8 36/11 36/14 36/15 37/9
**experienced [3]** 23/21 25/6 26/6
**expert [18]** 19/4 30/13 30/14 32/2 34/12 34/14 34/17 34/25 35/6 35/8 35/18 36/18 37/9 49/19 49/19 50/5 50/8 50/16
**expert's [1]** 37/11
**expertise [7]** 35/24 36/2 36/5 36/6 36/13 36/17 49/24
**experts [19]** 19/6 29/21 29/23 29/25 30/2 30/4 30/10 30/18 30/23 31/2 31/4 32/22 33/1 34/6 35/10 36/12 37/2 38/12 48/14
**experts' [2]** 38/16 39/3
**explain [1]** 32/6
**explained [1]** 5/20
**explanation [2]** 4/19 5/7
**explicitly [1]** 5/2
**expressed [1]** 29/6
**extension [1]** 40/13
**extortion [1]** 19/6
**extract [1]** 5/23
**eyebrows [1]** 24/8

**F**

**facilitate [1]** 8/2
**fact [5]** 6/9 12/24 17/24 30/9 45/17
**facts [1]** 41/24
**fair [1]** 28/24
**fairly [1]** 15/3
**family [1]** 47/21
**far [2]** 15/6 24/3
**Farmer [1]** 1/12
**fashion [1]** 23/3
**fashioned [2]** 14/13 14/14
**favor [2]** 19/25 44/3
**federal [3]** 18/22 18/24 40/5

**feel [9]** 18/9 24/10 29/9 29/11 29/18 31/12 35/7 50/14 52/13
**feeling [2]** 16/13 16/25
**feels [2]** 17/1 29/16
**fellow [2]** 39/17 39/19
**felt [1]** 3/3
**fiduciary [2]** 42/1 42/2
**figure [4]** 12/11 12/12 13/11 38/14
**file [8]** 38/21 45/12 46/12 46/13 46/17 47/5 47/9 47/22
**filed [9]** 1/8 8/22 11/24 14/8 37/24 38/8 38/17 42/9 43/5
**filing [1]** 5/10
**find [2]** 40/3 48/22
**fine [9]** 15/12 27/6 27/8 37/17 40/21 44/15 46/24 47/1 48/2
**finish [1]** 50/4
**finished [4]** 20/1 20/2 34/4 38/10
**first [14]** 3/19 5/16 10/17 16/23 17/3 21/14 22/15 29/14 32/2 36/11 36/23 45/4 45/18 48/16
**first-hand [1]** 32/2
**fishing [1]** 13/21
**five [10]** 4/4 7/24 10/1 10/15 10/21 14/17 31/14 46/24 47/3 48/14
**five-minute [2]** 7/24 14/17
**FL [4]** 1/13 1/15 1/21 1/23
**FLORIDA [6]** 1/1 1/4 11/5 11/7 11/8 50/12
**flsd.uscourts.gov [1]** 1/24
**fluid [1]** 11/25
**fly [1]** 18/8
**focused [2]** 13/21 41/6
**fold [1]** 44/13
**following [2]** 4/17 48/14
**follows [1]** 20/10
**foregoing [1]** 52/19
**forget [1]** 47/15
**form [1]** 27/21
**former [2]** 21/25 27/11
**forth [4]** 16/15 17/7 20/22 25/9
**forward [3]** 23/7 38/10 40/11
**found [2]** 4/9 22/7
**four [1]** 10/19
**frank [1]** 41/13
**frankly [2]** 17/10 17/10
**Friday [3]** 34/24 37/5 47/11
**front [2]** 26/7 41/16
**Ft [1]** 1/13
**functioning [1]** 36/7
**future [1]** 13/21

**G**

**Gardens [1]** 1/15
**gather [3]** 9/16 9/20 30/6
**gave [1]** 21/19
**general [1]** 10/3
**gentleman [1]** 35/18
**get [10]** 26/19 26/23 31/4 38/14 39/3 40/24 41/7 45/19 48/9 51/20
**gets [2]** 16/24 16/24
**getting [2]** 19/13 22/24
**give [7]** 31/3 31/12 32/24 38/18 39/2 39/12 46/9
**given [7]** 3/17 7/13 26/24 27/21 38/9 41/25 45/22
**gives [2]** 42/3 48/5
**giving [1]** 46/5
**glad [2]** 25/1 27/9
**go [13]** 14/9 14/16 23/6 26/3 26/12

26/14 32/5 34/2 38/9 39/13 40/15 40/15 50/17
**go-around [1]** 50/17
**God [3]** 13/24 45/19 50/22
**goes [4]** 6/3 7/16 14/2 41/14
**going [41]** 2/16 9/6 15/19 16/17 22/15 23/4 25/13 26/5 26/21 29/12 30/1 30/3 30/14 31/9 31/20 31/23 32/13 32/17 32/19 33/1 33/5 33/6 33/12 33/18 33/22 33/24 34/1 34/20 37/12 37/24 38/7 39/9 47/13 48/12 49/13 49/23 49/24 50/2 50/3 50/16 51/21
**gone [3]** 27/14 37/8 38/5
**gonna [3]** 14/7 29/4 40/14
**good [13]** 2/5 2/7 2/11 2/12 2/24 3/1 3/2 15/16 16/4 28/8 29/14 39/25 41/2
**goodness [1]** 51/3
**got [7]** 13/10 24/1 24/23 36/17 37/5 42/7 45/15
**gotcha [1]** 51/12
**gotten [1]** 13/18
**govern [1]** 42/14
**granted [3]** 12/10 30/8 30/17
**granting [2]** 24/17 24/18
**great [1]** 42/22
**greatly [1]** 39/20
**gross [1]** 13/11
**ground [1]** 17/4
**group [2]** 1/17 40/19
**guess [3]** 19/3 22/7 49/4
**gut [1]** 41/22

**H**

**H-A-N-A [1]** 34/9
**H-A-N-N-E-M-A-N-N [1]** 34/10
**had [20]** 5/13 8/8 8/23 17/21 21/22 23/20 23/22 24/3 24/6 24/7 25/8 30/8 30/8 35/11 39/24 41/19 41/21 44/23 44/23 50/10
**hand [3]** 12/11 15/14 32/2
**handle [3]** 15/11 37/8 40/4
**handling [1]** 13/22
**Hannemann [3]** 34/7 38/12 49/18
**Hannemann's [3]** 36/4 36/6 37/7
**happen [1]** 38/5
**happened [2]** 30/6 30/7
**happens [2]** 13/23 40/19
**happy [7]** 7/25 11/12 14/17 18/11 18/12 21/3 27/3
**has [25]** 6/11 12/4 12/6 12/20 18/16 21/2 27/12 28/4 28/19 30/6 31/7 32/11 32/20 32/22 36/8 36/11 36/14 36/15 37/2 40/1 40/16 42/18 45/11 49/12 51/24
**hasn't [1]** 30/7
**hate [1]** 15/13
**have [100]**
**haven't [2]** 16/17 24/12
**having [11]** 13/1 13/21 15/2 24/1 25/1 26/7 34/16 36/22 38/14 44/20 47/25
**he [50]** 2/18 4/5 9/16 9/16 15/6 16/9 16/9 16/20 16/21 16/22 16/23 16/23 16/24 16/24 17/1 17/1 17/1 17/8 17/13 17/23 22/17 22/24 25/18 25/20 25/21 27/11 32/3 32/7 32/20 32/22 36/2 36/8 36/9 36/10 36/11 36/13 36/14 36/15 36/16 36/18 36/18 37/7 37/12 37/18 40/16 45/13 50/4 50/11 52/2 52/3
**He'll [1]** 32/6
**he's [15]** 9/17 9/18 18/22 18/23 23/21

## H

**he's... [10]** 25/23 32/17 32/19 32/21 33/1 33/2 33/2 33/25 37/18 49/13
**heard [1]** 36/22
**hearing [8]** 1/8 4/14 8/21 11/22 21/23 24/21 25/10 38/2
**Hello [1]** 2/7
**help [4]** 3/9 9/1 9/1 46/17
**helpful [1]** 46/18
**helps [3]** 4/9 4/11 42/18
**her [1]** 35/3
**here [11]** 2/25 4/2 5/17 19/13 25/12 26/18 26/20 27/10 29/5 37/16 51/16
**high [2]** 19/2 36/7
**high-performance [1]** 36/7
**highlighted [1]** 22/6
**highlights [2]** 12/23 13/1
**him [22]** 2/20 2/20 4/3 11/12 15/5 15/5 17/3 17/11 17/19 17/22 18/21 23/22 23/23 25/23 25/25 26/23 26/23 37/10 50/2 50/4 50/10 52/14
**hinderance [1]** 40/10
**hired [1]** 37/8
**his [21]** 2/19 15/12 16/17 17/20 17/22 18/16 25/21 26/22 33/4 35/15 36/2 36/12 37/12 39/13 45/12 49/6 49/8 49/23 50/8 50/8 51/25
**hold [1]** 19/4
**holes [1]** 46/23
**holiday [2]** 47/20 48/7
**honest [1]** 23/25
**honestly [1]** 23/24
**Honor [68]**
**HONORABLE [1]** 1/9
**hope [3]** 14/10 25/5 52/13
**hoped [3]** 8/9 10/24 10/25
**hopefully [4]** 15/4 27/19 27/23 51/1
**horses [1]** 50/23
**hours [1]** 33/12
**house [1]** 45/16
**how [22]** 6/1 13/19 15/23 16/5 18/20 20/16 20/21 23/6 23/10 24/23 26/18 27/5 28/17 31/6 31/12 32/2 33/1 33/5 35/7 36/10 43/16 46/19
**How's [2]** 23/17 40/20
**however [6]** 3/21 8/20 11/22 13/6 23/24 25/7

## I

**I'd [1]** 42/14
**I'll [2]** 3/25 14/17
**I'm [40]** 2/16 9/21 11/3 11/12 12/15 13/20 13/21 14/14 15/12 15/18 18/6 19/6 19/20 21/18 21/18 22/6 25/1 27/4 27/9 32/25 35/13 35/21 37/24 38/5 38/7 39/8 39/14 41/23 42/1 42/6 44/5 44/21 47/5 47/13 47/16 48/21 49/2 50/6 50/25 51/9
**I've [20]** 14/14 15/5 18/6 23/20 23/22 26/9 36/22 41/9 42/7 43/18 45/15
**I-O-N [1]** 35/19
**idea [2]** 16/24 21/13
**identified [6]** 8/20 11/21 31/8 33/25 43/19 49/11
**identify [1]** 7/11
**Illinois [2]** 8/16 9/11
**immediately [1]** 43/25
**impartially [1]** 15/3
**important [1]** 21/20

**impression [1]** 24/1
**in-house [1]** 45/16
**INC [2]** 1/3 1/5
**included [1]** 49/9
**including [3]** 12/16 22/9 28/16
**incorrect [1]** 3/13
**indicated [1]** 21/2
**indicating [1]** 51/20
**individual [5]** 6/24 25/11 25/15 31/8 33/5
**indulgence [1]** 39/1
**inexperienced [1]** 27/24
**inform [1]** 24/21
**information [8]** 4/21 5/22 5/23 7/2 7/5 21/25 41/24 50/9
**informed [1]** 41/5
**initial [3]** 35/7 45/5 45/8
**inquire [2]** 7/12 28/22
**inquiry [2]** 3/20 3/24
**insistent [1]** 24/1
**inspections [1]** 36/13
**instance [1]** 10/20
**instead [3]** 39/1 46/16 47/23
**instructed [1]** 25/13
**interested [1]** 13/20
**interests [1]** 29/16
**interpreted [1]** 43/16
**intimate [1]** 45/12
**involved [6]** 17/9 17/12 32/8 32/18 39/14 50/5
**Iowa [1]** 11/3
**irregardless [1]** 10/22
**is [137]**
**issue [20]** 3/4 5/14 7/15 8/19 14/20 17/2 18/1 19/9 21/5 24/17 27/17 27/18 28/8 28/13 28/17 31/24 39/21 40/24 42/13 49/13
**issues [18]** 5/15 6/12 8/10 14/5 14/7 14/18 16/24 17/6 17/14 21/7 21/10 25/8 33/19 33/23 36/19 41/23 43/12 44/1
**it [65]**
**it's [25]** 4/2 4/3 5/10 7/4 7/8 11/1 12/8 18/6 18/7 18/19 21/20 22/7 24/16 26/4 29/3 32/13 33/9 35/5 39/9 40/10 42/23 42/25 47/14 51/3 51/23
**its [1]** 8/16

## J

**Jaffe [1]** 1/12
**jeopardy [1]** 19/8
**Jersey [8]** 8/17 9/12 14/3 18/22 18/24 22/18 22/19 23/21
**job [1]** 28/4
**judge [63]**
**Judge Cavanaugh [8]** 16/20 18/20 22/1 23/10 23/20 26/21 27/11 28/15
**Judge Cavanaugh's [1]** 16/14
**Judge Simonton [1]** 22/25
**Judge Turnoff [1]** 22/23
**judge's [2]** 14/22 15/20
**judgment [5]** 15/16 43/9 43/12 43/16 43/23
**Judith [2]** 1/22 52/23
**judy [1]** 1/24
**July [6]** 45/9 47/4 47/10 47/12 47/16 47/20
**July 14th [1]** 47/10
**June [12]** 27/19 37/25 38/8 39/2 39/10 40/13 40/18 41/8 47/3 47/23 47/25

52/21
**June 19th [2]** 39/10 47/3
**June 30th [1]** 40/13
**jurisdictions [1]** 10/17
**just [39]** 4/2 4/6 6/1 7/4 10/16 12/18 16/10 17/20 18/6 18/15 20/1 21/17 22/12 22/13 25/10 25/15 25/24 26/17 27/16 28/9 29/18 33/25 34/22 34/22 35/5 37/11 39/2 39/11 39/21 40/15 42/16 43/2 43/12 44/13 46/23 47/10 49/2 49/2 50/9

## K

**Keale [2]** 18/25 25/22
**keep [2]** 15/18 23/18
**keeping [1]** 30/23
**Kimberly [2]** 1/19 2/24
**kind [4]** 6/17 16/24 17/3 41/17
**know [26]** 6/14 7/7 7/7 7/9 14/13 16/1 16/5 18/7 18/16 18/20 18/21 18/21 19/8 20/1 23/10 23/20 24/3 27/10 27/16 37/12 40/17 42/18 45/5 48/21 48/23 49/9
**knowing [1]** 25/22
**knowledge [6]** 9/17 17/20 32/2 32/21 45/12 45/16
**knows [1]** 3/22 22/20 22/21 25/20 25/21

## L

**L-O-U [1]** 32/13
**labored [1]** 46/6
**laboring [1]** 9/17
**last [12]** 8/21 11/22 21/21 21/23 25/12 29/4 29/11 34/23 40/3 45/12 45/22 49/16
**later [2]** 13/22 28/18
**Lauderdale [1]** 1/13
**law [4]** 1/14 45/11 45/17 45/19
**lawsuit [2]** 13/18 13/22
**lawsuits [3]** 11/15 13/21 14/8
**lawyers [1]** 16/23
**lay [1]** 6/18
**lead [2]** 34/20 39/14
**learned [1]** 17/13
**least [10]** 4/10 16/22 17/3 24/18 25/25 28/22 28/25 38/18 45/4 47/14
**leave [1]** 42/16
**leaves [1]** 45/13
**leg [1]** 39/5
**Lehrman [23]** 1/11 2/5 2/7 2/16 2/21 3/13 7/15 9/20 9/21 9/21 10/5 10/6 13/3 19/10 19/25 20/7 20/16 28/4 34/16 49/3 50/7 50/15 51/16
**Lehrman's [1]** 10/7
**Leopold [34]** 1/14 1/14 2/11 3/22 4/3 4/7 4/15 14/16 16/1 19/12 19/17 19/22 20/13 27/7 28/3 28/7 29/11 30/8 30/16 30/21 34/19 35/8 38/25 39/16 40/20 46/11 48/4 48/11 50/6 50/15 50/24 51/5 51/7 51/8
**Leopold's [2]** 4/18 39/12
**less [1]** 42/13
**let [16]** 3/11 9/15 9/23 11/12 12/18 20/1 29/20 31/5 34/5 38/2 38/15 41/7 41/12 44/13 44/22 47/22
**let's [9]** 5/16 22/5 26/2 33/15 37/23 38/7 40/18 41/7 44/13
**letter [4]** 4/18 4/25 5/11 5/21
**letters [1]** 5/10

**L**

light [1] 28/24
like [21] 3/21 5/15 6/25 7/17 13/4 13/20 16/19 19/10 20/17 25/24 28/22 29/9 29/12 29/16 29/18 33/11 37/13 40/13 42/14 46/20 49/2
likelihood [1] 42/13
likes [1] 47/20
likewise [1] 43/5
limit [1] 8/2
limited [6] 11/8 16/14 17/10 17/16 22/9 37/7
limits [1] 8/15
lines [1] 28/9
list [3] 11/20 12/5 32/25
listen [2] 2/18 4/2
listening [1] 2/8
lists [1] 8/14
literally [1] 38/18
litigation [2] 1/17 11/25
little [7] 7/25 19/2 28/11 39/2 40/10 45/11 46/10
lives [1] 18/11
LLC [1] 1/17
LLP [1] 1/20
lock [1] 19/11
long [5] 7/16 15/15 23/18 24/5 34/21
longer [3] 14/15 41/22 44/16
look [3] 2/16 32/4 41/13
looking [7] 12/12 21/18 21/18 42/7 44/7 47/16 50/9
looks [1] 45/20
lose [1] 47/19
lost [1] 51/7
lot [5] 16/15 32/19 33/6 38/5 40/1
Lou [1] 32/12
Louis [2] 1/18 50/25
Louisiana [2] 8/16 9/12
love [1] 37/21

**M**

M-E-R-R-I-A-N [1] 35/19
M-E-R-R-I-O-N [1] 35/22
made [6] 8/7 9/9 11/16 27/23 30/9 30/22
magistrate [8] 14/21 14/23 15/10 15/20 15/23 17/23 22/9 22/23
make [24] 2/16 3/20 4/6 4/11 4/11 6/19 7/22 8/2 9/15 9/23 12/18 15/5 15/25 22/13 23/6 25/15 30/23 33/1 40/6 40/19 41/2 41/4 42/20 46/25
makes [1] 4/6
making [6] 2/15 15/7 18/23 19/1 40/6 41/23
man [1] 37/19
managed [1] 48/9
management [1] 44/8
manner [2] 18/13 26/19
many [2] 31/6 31/12
March [1] 24/20
March 24th [1] 24/20
market [1] 1/17 19/3
marketing [1] 33/23
master [16] 14/24 16/14 21/5 21/7 21/10 21/14 21/23 21/24 24/10 24/11 24/13 24/17 24/22 26/22 51/22
matter [2] 28/16 52/20
matters [3] 15/11 22/8 27/21
may [29] 1/3 8/2 8/7 11/12 12/10 13/14

18/15 21/17 24/9 24/9 27/2 28/8 28/18 31/16 31/17 34/18 34/22 37/24 38/4 38/5 39/7 39/8 40/3 41/18 43/2 43/5 47/10 48/15 50/3
May 19th [1] 43/5
maybe [11] 4/4 17/11 18/5 23/9 23/10 45/6 46/8 46/9 46/10 46/16 46/17
McCormick [2] 37/4 49/22
MDL [3] 8/21 11/24 38/3
me [55]
mean [9] 9/5 11/6 23/11 27/9 42/23 46/22 47/25 50/8 52/7
meaningful [1] 8/23
meant [1] 36/24
mediating [1] 17/12
mediation [14] 5/5 8/23 10/24 12/3 17/24 28/18 28/20 28/24 29/3 29/6 29/7 40/25 41/2 41/8
mediator [4] 17/19 18/3 27/11 28/13
meeting [2] 17/22 29/14
meets [1] 16/23
members [2] 13/5 52/5
mentioned [2] 14/21 11/8
merits [3] 43/23 44/1 44/1
Merrion [5] 35/19 35/25 36/17 38/13 49/18
Merrion's [1] 35/23
method [1] 4/9
methodologies [1] 7/1
methodology [10] 4/20 4/24 5/7 20/23 31/20 32/3 49/8 49/9 52/1 52/3
Miami [4] 1/4 1/21 1/23 1/23
might [5] 11/11 29/13 33/13 33/13 46/17
Mike [1] 33/22
military [1] 26/10
Miller [1] 32/12
mind [2] 30/24 44/21
mine [2] 23/22 47/17
minute [4] 7/24 8/10 9/22 14/17
misspoke [2] 36/25 38/15
misunderstanding [2] 23/7 24/9
MO [1] 1/18
Monday [3] 31/18 47/12 47/14
money [3] 15/14 15/15 27/10
month [9] 39/13 40/6 41/9 43/4 43/6 44/24 44/25 45/1 46/4
more [11] 5/9 6/12 13/13 19/1 19/15 28/10 28/24 29/13 33/12 33/13 35/12 37/18 37/20 50/7 50/15 50/24
morning [8] 2/5 2/7 2/11 2/12 2/24 3/1 3/2 20/24
most [7] 7/14 9/17 9/18 12/13 12/25 26/19 45/12
motion [16] 24/15 24/18 30/17 30/25 37/23 38/8 38/17 39/17 41/14 42/4 43/4 43/23 43/25 45/6 45/8 47/6
motions [8] 38/22 42/9 43/4 43/9 43/11 43/16 44/10 44/11
move [3] 18/10 42/14 46/10
moved [2] 43/3 43/5
moving [2] 23/3 40/10
Mr [1] 10/4
Mr. [116]
Mr. Burke [23] 3/22 4/7 4/15 14/16 16/2 19/13 19/18 19/20 20/13 23/10 23/11 23/13 25/5 25/22 28/3 34/19 35/8 37/6 37/18 37/20 50/7 50/15 50/24
Mr. Cavanaugh [2] 23/11 52/13
Mr. DePiano [4] 9/6 34/24 35/3 48/23
Mr. Hannemann [2] 38/12 49/18

Mr. Hannemann's [3] 36/4 36/6 37/7
Mr. Keale [2] 18/25 25/22
Mr. Lehrman [20] 2/7 2/16 2/23 3/13 7/15 9/20 9/21 9/21 10/5 13/3 19/10 19/25 20/7 20/16 28/4 34/16 49/3 50/7 50/15 51/16
Mr. Lehrman's [1] 10/7
Mr. Leopold [31] 3/22 4/3 4/7 4/15 14/16 16/1 19/12 19/17 19/22 20/13 27/7 28/3 28/7 29/11 30/8 30/16 30/21 34/19 35/8 38/25 39/16 40/20 46/11 48/4 48/11 50/6 50/15 50/24 51/5 51/7 51/8
Mr. Leopold's [2] 4/18 39/12
Mr. McCormick [1] 49/22
Mr. Merrion [3] 35/25 38/13 49/18
Mr. Merrion's [1] 35/23
Mr. Niemeier [10] 6/19 6/20 6/22 6/23 7/10 31/25 32/1 48/16 48/20 51/24
Mr. Niemeier's [2] 49/5 49/7
Mr. Ravindran [1] 27/3
Mr. Singer [3] 37/1 38/13 49/18
Mr. Smock [4] 37/2 49/19 49/23 50/16
Mr. Smock's [1] 33/11
Ms. [13] 4/25 5/18 21/2 24/8 28/13 39/21 39/25 40/2 40/9 41/3 47/5 49/11 49/12
Ms. Cook [10] 5/18 21/2 28/13 39/21 39/25 40/2 41/3 47/5 49/11 49/12
Ms. Cook's [3] 4/25 24/8 40/9
much [7] 19/1 24/4 32/2 48/11 51/15 51/16 52/10
my [27] 2/14 3/12 3/25 14/22 17/18 21/6 21/21 21/23 24/16 28/11 28/12 30/15 30/16 32/10 34/15 39/9 39/11 39/19 40/14 41/22 43/7 44/3 45/11 45/16 45/19 47/11 47/16
myself [1] 45/19

**N**

name [5] 6/24 7/9 7/12 35/15 35/19
national [5] 10/16 11/16 12/10 12/11 48/7
nationwide [2] 8/25 12/2
near [1] 51/1
neat [1] 33/10
necessary [3] 3/4 17/12 51/23
necessity [1] 13/1
need [27] 6/16 6/21 8/7 9/1 13/13 16/1 21/12 22/3 22/12 22/13 23/9 23/10 23/13 23/25 24/5 24/10 28/10 35/12 38/16 43/11 44/22 45/2 45/5 45/7 45/13 47/1 50/13
needed [6] 14/20 15/22 21/11 21/24 25/7 25/14
needs [4] 16/21 17/1 25/18 41/3
Neil [1] 34/7
neutral [1] 18/5
never [1] 36/22
new [11] 8/17 9/12 14/3 18/22 18/24 22/18 22/19 22/23 23/21 30/22 45/17
New Jersey [6] 8/17 9/12 14/3 18/22 18/24 23/21
next [7] 21/5 24/21 28/18 28/24 33/15 40/25 50/16
nice [3] 23/3 26/7 33/10
Niemeier [12] 6/11 6/19 6/20 6/22 6/23 7/10 31/25 32/1 33/24 48/16 48/20 51/24
Niemeier's [2] 49/5 49/7

## N

no [20]  1/2 5/21 7/3 9/11 17/2 23/22
24/3 24/12 25/24 27/12 36/8 36/24
41/22 42/17 44/16 45/25 48/24 49/20
50/21 51/6
nonbus [1]  52/7
none [1]  11/15
not [45]  5/1 10/10 11/2 11/5 13/3 13/8
13/20 14/7 15/5 15/20 17/21 17/25
18/5 18/19 19/2 21/13 22/9 23/4 23/7
24/10 26/17 26/21 27/23 30/6 30/12
31/3 36/9 39/10 39/12 40/2 40/8 41/18
41/24 42/1 43/20 43/21 44/3 47/25
49/5 49/6 50/7 50/12 51/21 51/23 52/6
notice [4]  1/8 17/7 25/9 41/14
noticed [1]  33/4
notices [2]  25/10 25/11
now [8]  4/4 8/9 18/23 22/3 22/22 28/16
44/22 44/23
nowadays [1]  14/14
number [13]  2/2 3/5 3/6 4/25 5/19 8/13
10/23 12/8 13/16 13/17 13/19 28/16
28/17
number 1 [4]  3/5 4/25 5/19 8/13
Number 12-23927-Civil [1]  2/2
numbers [13]  3/15 3/17 5/24 7/13 7/14
11/4 20/22 32/5 49/4 49/5 49/10 52/4
52/6

## O

oar [1]  9/17
objecting [2]  18/1 18/2
objection [6]  15/4 18/8 27/20 27/21
27/22 41/19
objections [3]  14/25 41/15 41/17
objectors [1]  42/9
obligation [2]  42/1 42/3
observations [1]  18/14
obviously [4]  19/1 29/17 33/7 46/21
occurs [1]  27/2
off [3]  3/19 39/24 39/24
Official [1]  1/22
oh [8]  5/16 44/10 45/19 47/13 49/21
51/1 51/3 51/12
Ohio [2]  8/17 9/12
ointment [1]  18/9
okay [74]
old [2]  14/13 14/14
old-fashioned [2]  14/13 14/14
once [3]  25/14 25/25 26/12
one [37]  4/9 5/6 5/14 5/17 6/10 8/2
8/10 9/17 10/15 10/20 10/20 12/11
15/10 16/23 19/3 22/3 23/25 25/18
26/17 28/8 29/13 31/10 31/21 32/12
32/21 33/1 33/15 33/17 34/7 35/10
35/14 39/21 39/23 42/13 49/8 49/19
50/13
one percent [1]  42/13
ongoing [2]  30/9 32/11
only [16]  8/16 10/8 10/12 10/21 11/7
14/7 14/20 21/7 25/11 25/13 25/18
27/20 27/24 36/12 49/19 52/2
operative [1]  44/16
opportunity [6]  20/19 29/14 38/11
38/15 41/15 48/6
opposed [1]  36/21
opposing [1]  43/13
order [21]  2/1 2/14 3/5 5/2 5/3 14/2
14/22 21/21 24/12 24/14 24/15 24/19

26/21 30/17 32/10 40/3 44/8 46/7
48/19 48/21 51/20
ordered [3]  24/11 24/20 29/7
ordering [1]  12/1
originally [2]  29/22 50/11
other [22]  2/8 5/14 8/10 8/15 9/11
10/10 10/19 11/1 12/3 13/5 13/10
14/18 14/20 15/11 15/14 17/17 32/20
40/3 43/4 43/7 49/3 52/6
our [15]  4/3 8/18 13/1 14/1 14/2 16/21
20/8 20/25 21/23 26/18 31/4 34/2
39/23 45/22 46/12
ours [1]  37/13
out [16]  6/18 13/15 14/14 19/4 19/11
30/22 32/5 37/8 38/14 41/15 42/16
45/14 46/6 48/12 48/22 51/20
outrageous [1]  39/6
outside [1]  20/5
outstanding [1]  28/4
overlap [2]  33/7 50/3
overlaps [1]  32/19
overly [3]  18/6 18/6 42/6
overseeing [1]  24/4
oversight [1]  25/16
owners [4]  11/3 11/3 11/5 11/6

## P

P.A [1]  1/14
page [4]  21/19 22/4 22/7 46/7
page 1 [1]  22/7
page 2 [2]  21/19 22/4
Pages [1]  1/5
paid [1]  15/14
paired [1]  22/23
Palm [1]  1/15
paragraph [1]  3/5
parameters [2]  6/4 6/5
part [5]  24/17 25/16 26/18 29/15 45/10
particular [2]  10/20 13/22
particularly [2]  17/24 29/12
parties [18]  5/4 17/13 17/19 19/7 21/17
24/20 25/20 25/21 26/5 26/16 27/20
28/13 28/20 29/13 29/20 41/20 44/23
49/17
parties' [2]  22/10 51/22
partnership [2]  26/18 45/11
party [4]  18/5 43/19 43/20 45/11
PAS [1]  1/2
PATRICIA [1]  1/9
pending [6]  8/19 8/22 10/1 11/16 11/24
24/19
Pennsylvania [2]  8/17 9/12
people [2]  15/14 40/3
percent [2]  42/13
Perfect [2]  44/17 47/17
perfectly [2]  23/25 26/4
performance [2]  36/7 39/5
perhaps [4]  3/23 25/18 46/16 48/16
periods [1]  45/21
permit [1]  2/20
person [9]  4/11 6/19 6/21 6/25 7/1 7/11
9/16 16/22 21/15
perspective [1]  16/19
persuading [1]  13/3
petition [2]  8/21 11/24
PGA [1]  1/15
phone [11]  2/9 2/16 2/19 2/21 3/23 8/8
17/2 19/13 24/2 25/23 27/4
place [9]  11/7 17/17 27/13 29/1 29/4
29/7 29/14 30/20 30/24

plaintiff [13]  1/11 3/3 3/9 3/11 6/8 14/9
21/13 27/6 28/22 38/14 41/3 47/9
47/22
plaintiffs [23]  1/3 2/6 3/20 5/4 5/13
6/20 8/6 18/11 20/20 21/6 21/6 21/9
25/16 29/5 29/9 29/24 30/1 44/20
44/22 45/22 46/9 48/6 52/4
plaintiffs' [14]  7/17 8/7 16/16 20/25
29/23 30/3 30/11 34/6 38/11 43/24
44/25 45/25 46/1 52/1
plan [7]  26/10 26/10 26/11 27/5 29/20
38/9 50/1
plan A [1]  26/10
plan B [1]  26/10
plan C [1]  26/11
plans [1]  26/12
please [2]  2/4 20/12
pleasure [2]  17/21 42/25
plus [1]  38/14
point [4]  13/15 36/12 40/14 41/2
points [1]  30/4
poor [1]  45/18
position [11]  3/23 16/9 17/16 20/25
29/2 29/9 29/18 30/21 41/4 41/5 42/8
possibility [1]  18/17
possible [1]  33/9
postpone [3]  28/23 29/10 41/2
postponed [2]  30/21 50/11
postponing [3]  28/20 29/17 40/25
potential [4]  13/5 13/12 49/5 52/5
potentially [1]  17/19
powered [1]  8/14
Powers [1]  33/22
practice [1]  24/4
practicing [1]  14/15
preconceptions [1]  27/12
preferably [1]  38/19
prepare [2]  5/4 12/2
prepared [4]  3/19 32/6 49/13 51/25
preparing [1]  8/23
present [5]  16/23 20/8 20/11 36/13
45/21
presentation [1]  3/20
presumably [2]  6/4 12/11
presume [3]  17/22 32/25 33/2
pretrial [2]  22/8 44/11
previously [2]  12/4 37/25
primarily [1]  2/16
prior [2]  4/14 42/4
privilege [2]  17/21 42/21
probably [6]  4/8 14/15 16/1 29/12 42/6
50/7
problem [9]  17/2 23/22 24/3 25/24 26/5
27/1 45/10 45/15 50/20
problems [1]  30/2
proceed [6]  15/7 15/17 23/1 29/6 31/7
39/10
proceeding [1]  25/24
proceedings [3]  20/10 52/17 52/20
process [12]  5/18 15/19 29/15 32/4
32/4 32/8 34/2 41/20 41/23 42/4 42/10
42/11
produce [3]  3/6 20/21 52/6
produced [8]  4/21 6/22 11/20 12/4 12/6
12/7 14/3 32/22
producing [1]  49/8
production [10]  4/17 8/6 8/6 8/13 8/16
8/24 12/1 12/13 12/24 12/25
productive [3]  5/4 15/7 15/21
professional [2]  16/6 25/6

## P

**professionalism [1]** 39/19
**promise [1]** 32/10
**promoting [1]** 14/12
**proper [1]** 23/8
**proposed [1]** 14/21
**proposing [2]** 26/15 45/14
**protective [3]** 24/15 24/18 30/17
**provide [9]** 4/19 4/23 5/12 6/24 7/11
  11/4 13/24 30/1 51/24
**provided [7]** 10/9 10/10 10/12 10/17
  10/23 35/11 52/4
**providing [1]** 34/2
**purposes [1]** 14/23
**PURSUANT [1]** 1/8
**push [2]** 46/8 46/9
**put [3]** 19/7 39/24 46/6
**putative [6]** 10/1 10/15 10/23 11/1
  44/10 44/12
**puts [1]** 6/3

## Q

**question [5]** 4/16 7/1 23/6 27/23 49/16
**questions [1]** 52/1
**quick [1]** 15/15
**quickly [1]** 34/22
**quiet [1]** 16/4
**quite [2]** 16/18 21/22

## R

**racket [1]** 19/6
**raise [3]** 28/8 39/21 43/12
**raised [2]** 26/9 39/22
**rate [2]** 15/12 19/2
**rather [1]** 41/6
**Ravindran [1]** 27/3
**read [3]** 14/21 22/4 46/6
**reading [1]** 47/17
**real [2]** 42/23 42/25
**realize [1]** 4/7
**really [11]** 4/6 17/16 19/6 26/14 26/24
  27/21 33/25 36/18 41/3 42/23 43/11
**REALTIME [1]** 52/23
**reason [3]** 13/8 14/22 24/16
**reasonable [4]** 37/19 37/20 40/19 41/1
**reasonably [1]** 21/11
**reasons [1]** 39/23
**rebuts [1]** 35/11
**rebuttal [9]** 30/1 30/4 30/12 34/14
  34/17 34/25 35/6 35/6 37/10
**receive [1]** 8/24
**received [3]** 25/10 34/8 34/24
**recent [6]** 4/17 5/10 8/5 8/13 12/13
  12/25
**receptive [1]** 28/23
**recess [2]** 14/17 20/7
**recessed [1]** 20/9
**recognized [1]** 14/9
**recognizing [1]** 37/6
**recollection [1]** 43/7
**recommend [1]** 23/9
**recommended [1]** 18/25
**reconcile [1]** 12/3
**record [5]** 2/15 4/6 4/12 37/21 52/20
**redacts [1]** 13/16
**refers [1]** 12/19
**reflected [1]** 11/23
**Refresh [1]** 43/7
**refused [1]** 5/12

**regard [2]** 10/3 16/18
**regarding [4]** 24/15 30/4 31/23 32/13
**registered [3]** 3/7 3/8 5/24
**regulations [2]** 33/19 33/20
**rejecting [1]** 52/14
**related [3]** 21/8 24/14 33/19
**relates [1]** 28/25
**relating [2]** 25/8 33/23
**relationship [1]** 25/22
**relevance [1]** 37/7
**relevant [3]** 36/10 37/9 52/3
**remember [2]** 27/20 45/10
**rep [1]** 39/24
**reply [8]** 45/2 45/6 45/23 45/25 46/1
  46/4 46/12 47/9
**report [7]** 20/22 30/12 32/22 34/8
  34/13 34/25 50/8
**Reported [1]** 1/22
**reporter [6]** 1/22 4/10 4/10 28/11 52/23
  52/23
**reports [3]** 30/1 30/11 37/5
**represent [5]** 10/24 10/25 11/2 14/10
  14/10
**representations [1]** 51/23
**representative [2]** 43/20 43/21
**reps [2]** 43/10 44/12
**request [1]** 40/13
**requested [2]** 5/8 5/13
**required [2]** 5/2 29/13
**requiring [2]** 3/6 24/12
**rescheduling [1]** 29/21
**resolve [2]** 27/20 27/25
**resources [1]** 22/25
**respect [5]** 5/15 8/5 9/13 9/13 16/13
  16/21 17/6 24/19 30/18 30/25 39/20
**respects [1]** 3/23
**respond [7]** 3/19 44/21 44/24 44/25
  45/1 45/5 45/8
**responded [1]** 5/9
**response [8]** 14/1 31/1 44/14 45/2 45/7
  46/17 47/4 51/6
**responses [1]** 34/3
**rest [2]** 18/11 32/24
**restraint [1]** 16/6
**result [1]** 41/13
**resulting [1]** 15/19
**results [1]** 15/15
**retained [1]** 26/24
**retired [4]** 18/23 18/24 28/14 35/25
**revamping [1]** 51/21
**review [1]** 46/5
**reviewed [4]** 4/20 5/21
**Richard [6]** 1/16 2/12 19/19 35/9 50/18
  50/25
**Rick [1]** 32/15
**right [9]** 3/17 4/11 7/23 19/13 20/5
  22/22 44/2 44/23 45/24
**road [3]** 4/8 17/11 42/7
**Robert [1]** 37/3
**rode [1]** 50/23
**role [1]** 18/16
**Room [1]** 1/23
**rough [1]** 13/4
**round [1]** 45/4
**rule [2]** 14/25 21/8
**Rule 30 [1]** 21/8
**rules [1]** 17/4
**run [3]** 15/13 15/15 39/2
**running [2]** 15/8 19/7

## S

**S-I-N-G-E-R [1]** 35/16
**S-M-O-C-K [2]** 32/16 32/17
**said [5]** 21/21 24/7 29/11 49/13 50/2
**sales [1]** 10/9
**SALUD [4]** 1/3 2/2 11/7 14/2
**same [5]** 13/7 13/15 15/6 15/23 22/13
**sandbagged [1]** 37/16
**satisfies [1]** 7/18
**saves [3]** 15/15 44/18 44/20
**saving [3]** 27/9 35/4 47/5
**saw [2]** 19/3 21/22
**say [3]** 3/21 11/12 26/2
**saying [6]** 9/10 9/21 18/4 37/6 40/12
  45/19
**says [1]** 25/5
**schedule [12]** 30/23 33/14 40/8 40/9
  40/17 43/3 44/4 48/12 48/16 48/18
  49/17 51/21
**scheduled [10]** 6/10 28/19 30/19 31/6
  31/13 31/14 31/22 48/20 50/4 50/12
**schedules [1]** 48/19
**scheduling [1]** 32/12
**scope [11]** 3/5 8/5 11/25 13/20 13/25
  16/17 17/6 21/9 22/10 23/8 25/8
**Scotty [1]** 4/5
**search [6]** 6/3 6/5 6/14 6/24 7/11 49/10
**searching [1]** 20/23
**seat [1]** 20/12
**second [1]** 35/18
**seconding [1]** 39/17
**Sedgwick [2]** 1/20 40/1
**see [9]** 3/14 4/2 4/10 22/5 26/1 27/3
  35/6 37/18 44/10
**seeking [2]** 5/7 14/9
**seem [1]** 19/7
**seemed [1]** 25/24
**seen [1]** 18/6
**segment [1]** 33/5
**SEITZ [1]** 1/9
**selected [1]** 21/22
**sending [1]** 39/6
**senior [1]** 35/25
**sense [4]** 24/6 24/7 30/9 30/22
**sensitive [1]** 17/24
**separate [2]** 33/10 49/4
**September [1]** 45/13
**served [2]** 29/17 31/9
**serves [1]** 42/4
**SERVICES [2]** 1/3 2/3
**Services vs [1]** 2/3
**set [6]** 17/4 17/7 20/22 25/9 28/24
  29/22
**Seth [2]** 1/11 2/5
**settle [1]** 41/21
**settled [1]** 42/5
**settlement [1]** 18/2
**settles [2]** 18/2 18/9
**seven [1]** 33/12
**several [1]** 23/20
**share [10]** 3/11 6/7 15/24 20/17 21/21
  22/2 41/12 41/18 42/12 45/18
**shared [1]** 19/5
**she [3]** 21/3 24/9 24/9
**shelter [1]** 51/2
**shipped [1]** 12/9
**shoot [1]** 46/23
**should [11]** 8/7 21/10 21/14 22/6 34/4
  38/11 46/2 46/3 46/24 48/15 48/16

**S**

shows [2]  12/6 12/9
sic [3]  13/5 13/9 45/1
side [2]  19/9 27/12
sides [4]  9/1 18/9 19/7 46/5
Signature [1]  52/23
significant [1]  21/15
Simonton [1]  22/25
simply [7]  7/4 19/11 26/4 26/15 26/22
 43/12 50/9
since [4]  4/7 28/15 40/17 49/3
Singer [4]  35/15 37/1 38/13 49/18
single [1]  27/23
situation [2]  46/25 50/3
six [2]  10/9 45/18
slowly [2]  23/13 28/10
Smock [5]  32/15 37/2 49/19 49/23
 50/16
Smock's [1]  33/11
smoothly [2]  26/9 26/15
some [18]  3/23 3/24 4/19 5/7 6/17
 12/24 17/8 17/11 23/22 24/9 25/7 25/8
 27/9 28/19 39/22 43/14 43/15 50/2
somebody [2]  6/2 44/6
someone [6]  15/2 18/1 24/2 24/3 24/8
 31/7
something [3]  5/1 11/13 40/18
something's [1]  22/1
sometimes [1]  15/14
somewhat [1]  42/1
sorry [10]  9/21 11/3 19/20 22/6 35/13
 35/21 44/5 47/13 48/21 51/9
sort [3]  14/13 23/25 49/24
sounded [1]  15/9
sounds [5]  13/4 33/11 37/5 37/13
 39/16
south [1]  50/12
SOUTHERN [1]  1/1
speak [4]  15/5 23/13 28/10 37/16
speaking [2]  4/11 48/3
speaks [1]  16/9
special [16]  14/24 16/14 21/5 21/7
 21/10 21/14 21/22 22/14 23/23 24/10
 24/11 24/13 24/17 24/21 26/22 51/22
specific [4]  6/13 8/19 10/21 36/16
specifically [2]  4/23 36/3
speed [2]  22/24 26/23
speedy [1]  18/13
spell [2]  33/17 35/21
spend [1]  47/20
spirit [1]  5/3
spit [1]  32/5
spoken [1]  15/5
spreadsheet [2]  12/7 13/15
St [1]  1/18
St. [1]  50/25
St. Louis [1]  50/25
start [1]  39/8
started [1]  24/23
starting [1]  40/5 45/17
state [3]  2/4 5/25 16/8
stated [2]  28/14 40/3
states [13]  1/1 1/9 1/22 3/7 8/19 9/9
 9/11 10/9 10/10 10/12 10/21 10/21
 14/8
status [1]  38/2
Ste [4]  1/12 1/15 1/17 1/20
step [2]  19/11 26/2
stick [2]  40/18 47/2

still [2]  20/13 22/24 42/8 45/2
Street [1]  1/17
subject [5]  20/21 21/1 28/16 41/18
 42/10
subparts [3]  26/10 26/11 26/11
subsequent [1]  45/6
subset [1]  12/13
subtract [1]  13/10
such [2]  16/6 42/22
suggest [4]  17/20 18/2 38/13 38/18
suggested [3]  14/23 25/17 40/16
suggesting [5]  26/4 26/17 40/15 42/2
 50/13
suggestion [8]  8/2 16/22 39/12 39/13
summary [4]  43/9 43/11 43/16 43/23
support [1]  21/13
supposed [1]  39/8
sure [21]  4/11 6/20 7/22 9/15 9/23
 12/18 15/6 15/7 15/25 22/13 23/6 24/2
 25/15 30/23 33/1 40/7 41/23 42/20
 44/21 46/25 50/6
surprised [1]  21/22
sync [1]  15/25
system [1]  4/4

**T**

take [19]  5/16 7/15 7/23 7/25 13/9
 14/17 17/17 23/2 27/13 29/4 29/7
 29/14 30/3 30/20 33/12 34/20 37/11
 41/5 46/4
takeaway [1]  21/23
taken [3]  7/23 23/5 38/16
takes [1]  45/9
taking [3]  29/1 40/11 48/13
talk [14]  6/11 8/11 12/19 13/25 14/16
 14/20 15/22 16/1 19/12 23/11 25/23
 28/8 29/13 32/19
talked [1]  37/25
talking [5]  12/14 12/15 17/25 28/9
 31/12
team [4]  10/7 10/8 11/12 26/18
technology [1]  4/4
Ted [1]  2/11
telephone [3]  1/14 1/16 21/12
tell [10]  3/12 3/16 3/16 5/18 6/1 6/6
 8/10 32/9 39/5 42/12
temporarily [2]  20/7 24/18
tend [2]  40/8 41/15
term [1]  12/19
terms [11]  6/15 16/20 17/15 18/16
 20/23 21/8 32/11 40/11 43/2 43/15
 48/19
testify [8]  6/11 31/20 31/23 32/13
 33/18 33/23 33/24 34/1
testing [1]  41/23
Texas [2]  51/8 51/10
than [6]  9/11 14/15 19/2 29/13 33/12
 42/13
thank [46]  2/22 3/18 4/13 8/12 10/6
 13/6 13/14 14/19 16/3 16/7 16/12
 19/14 19/16 19/23 19/24 20/3 20/18
 21/4 23/17 28/1 28/2 28/5 28/6 28/12
 35/3 37/20 37/22 39/18 40/21 41/10
 42/24 44/19 47/7 47/7 48/8 48/11
 51/14 51/15 51/16 51/17 51/18 51/19
 52/9 52/10 52/11 52/12
that [359]
that's [30]  2/10 4/9 5/14 6/10 6/14 8/8
 9/16 10/16 11/8 14/3 14/13 14/13 19/9
 20/25 22/23 24/23 25/17 26/6 27/8

27/22 30/15 31/23 32/18 34/1 34/15
 37/17 43/16 44/15 48/2 49/12
their [19]  4/18 4/19 4/24 5/9 13/24
 18/11 20/22 25/14 29/6 30/2 30/4 31/8
 42/2 45/5 45/7 47/9 47/21 48/18 49/10
theirs [1]  31/4
them [18]  6/25 7/8 7/13 7/24 7/25 8/11
 10/10 10/23 15/4 16/5 16/9 19/13
 26/17 31/3 31/10 33/9 38/21 39/5
then [32]  3/12 13/24 17/5 21/18 22/4
 27/10 27/11 29/17 29/25 30/2 32/25
 34/5 36/10 38/10 41/21 42/9 42/20
 43/21 43/24 44/25 45/15 46/2 46/5
 46/8 47/2 47/8 47/9 47/13 47/15 47/17
 49/18 50/22
Theodore [1]  1/14
there [30]  5/14 5/21 5/23 6/2 7/3 9/10
 10/1 11/2 11/15 13/8 15/2 16/15 17/3
 17/5 22/7 23/7 24/8 24/9 25/7 25/25
 26/5 27/1 27/20 27/22 28/18 31/6
 36/23 38/20 42/16 51/21
there's [17]  5/22 6/10 8/6 12/7 12/24
 14/4 17/10 24/10 29/12 33/6 34/12
 39/9 40/7 41/15 50/2 50/2 51/21
these [8]  10/2 10/3 18/7 26/14 28/21
 36/12 37/5 39/3
they [38]  3/8 3/17 4/20 4/21 4/24 6/2
 6/14 6/16 6/21 6/21 7/12 10/12 10/23
 10/25 11/2 11/20 14/10 16/4 16/5
 20/23 22/2 22/3 22/3 25/14 26/2 26/8
 29/21 31/13 31/14 37/13 39/4 40/3
 41/4 42/8 44/21 46/22 50/13 51/24
they'll [1]  31/17
they're [10]  11/5 14/7 14/7 25/11 31/8
 37/10 37/10 39/6 42/21 50/9
they've [1]  37/8
thing [3]  5/6 23/2 39/25
things [5]  15/10 15/10 40/8 42/14 49/4
think [28]  5/20 7/16 15/2 17/3 19/5
 21/19 21/24 22/3 23/24 23/24 26/15
 27/25 33/6 33/9 37/15 37/25 38/23
 39/10 41/1 41/3 42/17 43/14 43/15
 43/24 45/5 46/7 49/12 52/15
thinking [1]  17/19
this [61]
thorough [1]  6/17
those [14]  3/15 8/19 10/9 11/4 11/20
 18/14 29/8 30/23 34/4 38/14 39/14
 43/5 43/12 43/15
thought [7]  5/1 8/18 8/24 17/8 24/14
 26/9 26/16
three [2]  10/21 45/11
three-party [1]  45/11
through [7]  1/5 4/17 5/9 5/19 26/15
 32/5 34/2
throws [1]  18/8
time [16]  8/3 11/16 22/21 23/7 25/12
 25/23 28/19 29/5 29/11 31/11 36/23
 39/3 42/8 45/3 45/21 47/1
timing [1]  49/5
today [2]  7/23 26/20
told [2]  26/20 31/10
tomorrow [1]  30/5
too [1]  24/5
took [1]  30/21
topic [1]  29/5
topics [4]  17/7 25/9 31/23 33/24
tornado [1]  51/2
total [6]  3/6 10/21 10/23 12/6 13/11
 13/11

**T**

**toward [1]**  43/9
**tracks [1]**  11/20
**tracks to [1]**  11/20
**transcript [2]**  1/8 52/19
**transcripts [1]**  38/20
**tremendous [1]**  36/15
**trial [5]**  39/8 39/23 40/2 40/5 40/15
**tripartite [1]**  26/18
**truck [2]**  11/3 11/6
**trucks [1]**  28/16
**true [2]**  29/3 47/7
**trust [1]**  3/17
**try [1]**  41/16
**trying [1]**  16/16
**Tuesday [1]**  31/18
**turn [1]**  38/21
**Turnoff [1]**  22/23
**Twenty [2]**  46/24 47/3
**Twenty-five [2]**  46/24 47/3
**two [10]**  1/20 2/8 2/19 7/24 15/9 35/10
  38/19 46/5 46/5 50/24
**typed [1]**  38/21

**U**

**ultimate [1]**  30/24
**ultimately [1]**  18/15
**unanticipated [1]**  18/8
**under [2]**  29/8 29/19
**undermine [1]**  35/7
**understand [20]**  2/8 3/4 3/9 3/11 4/3
  6/16 6/20 8/18 9/2 9/15 9/23 13/19
  18/4 33/3 34/23 37/1 39/22 40/9 46/25
  49/7
**understanding [10]**  3/13 8/21 11/23
  17/18 21/6 24/16 26/11 30/15 31/7
  34/15
**understood [4]**  8/20 11/22 30/21 51/8
**unfortunately [1]**  33/10
**UNITED [3]**  1/1 1/9 1/22
**universe [1]**  13/11
**unnamed [1]**  34/12
**unnecessary [1]**  26/24
**until [2]**  28/20 46/9
**unusual [1]**  35/5
**up [23]**  3/15 11/16 14/4 15/13 16/16
  22/24 23/18 24/8 24/17 26/12 26/23
  27/17 27/18 29/5 31/9 33/10 38/21
  41/16 42/4 44/3 49/10 49/17 52/4
**upon [2]**  17/22 51/22
**us [10]**  5/17 6/25 12/2 20/1 20/13
  28/23 30/9 39/2 41/7 44/13
**use [4]**  26/17 27/11 39/13 45/16
**used [4]**  6/15 7/1 20/23 52/3
**uses [1]**  20/7
**using [2]**  23/22 28/14
**usually [1]**  27/24

**V**

**vacation [2]**  34/23 38/6
**valid [1]**  18/14
**various [1]**  9/9
**vehicle [3]**  12/20 36/14 36/16
**very [17]**  18/12 18/14 21/20 23/13
  23/21 26/6 29/5 32/18 32/20 39/25
  41/13 41/13 41/13 48/11 51/15 51/16
  52/10
**videoconference [1]**  4/8
**view [1]**  13/1

**visions [1]**  15/24

**W**

**wait [1]**  9/22
**want [20]**  3/14 3/16 6/14 7/22 7/23 8/11
  11/11 13/11 14/12 14/16 15/10 15/18
  16/5 17/25 18/9 23/1 23/1 25/15 46/25
  50/7
**wanted [6]**  18/15 24/8 26/14 27/16
  44/24 45/1
**wants [3]**  2/18 3/9 3/12
**warranty [6]**  3/7 5/22 7/5 7/8 20/23
  49/11
**was [59]**
**wasn't [1]**  34/25
**wasted [1]**  23/7
**wavelength [3]**  15/6 15/23 22/13
**way [9]**  7/17 15/16 25/9 25/24 25/25
  27/10 32/19 38/14 41/11
**ways [1]**  5/23
**we [119]**
**we'd [1]**  5/15
**we'll [6]**  20/2 20/5 41/8 46/20 47/2 47/2
**we're [11]**  12/12 15/22 15/25 20/7
  22/13 25/1 27/9 37/13 45/10 50/12
  52/14
**we've [2]**  24/4 34/7
**week [8]**  24/20 28/18 28/24 30/20
  34/23 38/18 40/3 40/25
**weekend [1]**  47/14
**weeks [3]**  38/20 45/18 46/5
**weirdest [1]**  18/8
**Weissing [1]**  1/12
**well [14]**  8/8 10/1 13/6 23/9 23/10
  25/21 27/18 36/11 36/11 41/8 46/8
  48/6 49/14 51/3
**went [4]**  5/18 22/1 22/12 24/8
**were [26]**  3/8 4/8 5/21 6/5 6/15 6/17
  8/22 14/15 24/19 25/9 25/12 28/9 29/5
  29/9 29/18 29/22 30/1 30/18 30/23
  42/8 42/9 43/4 45/20 50/11 52/4 52/17
**what [49]**  3/9 3/11 3/16 4/19 4/20 4/24
  5/18 6/5 6/14 6/14 8/10 9/2 9/4 9/20
  10/13 13/9 13/13 15/16 16/17 16/20
  16/24 17/1 18/4 18/15 19/8 19/10
  20/16 21/19 23/8 26/20 27/3 29/2
  29/20 31/10 32/4 32/7 32/19 35/23
  37/6 37/12 38/2 40/12 40/16 40/17
  45/19 47/1 47/9 47/12 52/3
**what's [4]**  7/6 26/6 32/4 36/4
**whatever [5]**  3/14 6/17 7/12 19/3 46/15
**when [27]**  2/15 4/23 6/21 8/14 12/18
  16/9 17/24 19/25 21/12 21/22 21/25
  22/4 24/7 30/7 30/17 30/20 31/3 31/5
  31/13 32/24 34/5 41/20 42/9 42/21
  46/22 48/20 50/9
**where [7]**  11/8 14/10 22/5 22/14 41/25
  50/24 51/5
**which [9]**  3/8 5/3 9/8 10/12 14/8 36/17
  38/12 47/20 48/15
**while [3]**  20/7 27/14 38/5
**who [14]**  3/22 6/3 6/11 7/11 24/21 32/7
  32/9 34/5 34/20 35/10 37/2 39/19 48/3
  51/24
**who's [4]**  18/1 33/22 34/1 49/21
**whole [3]**  14/22 24/16 32/18
**why [15]**  3/16 7/19 7/22 8/8 14/22
  18/21 25/17 34/16 36/17 37/1 38/15
  39/24 41/7 42/16 52/2
**wide [1]**  10/22

**will [44]**  2/20 4/4 6/19 7/20 13/24 14/5
  15/5 17/3 17/13 17/22 19/4 19/11
  19/11 20/1 21/20 22/2 27/3 27/13
  27/18 27/20 27/25 28/12 28/17 29/17
  31/3 32/3 38/9 38/12 38/17 41/12
  41/18 42/17 43/1 43/14 44/22 45/18
  47/1 47/3 47/9 48/6 49/17 51/20 51/24
  51/25
**withdraw [1]**  40/13
**within [1]**  46/12
**without [2]**  19/13 38/23
**witness [13]**  6/7 6/23 13/25 19/4 25/13
  31/9 31/20 31/22 33/2 33/22 34/1
  36/23 37/10
**witnesses [9]**  6/10 25/12 31/14 31/21
  32/9 32/12 32/20 48/14 49/3
**wolff [3]**  1/22 1/24 52/23
**woman [1]**  32/13
**won't [1]**  25/6
**words [1]**  11/2
**work [9]**  3/7 4/8 19/17 30/22 33/14
  39/10 40/19 46/20 48/12
**works [3]**  6/1 32/7 46/7
**would [46]**  3/21 6/7 6/25 7/17 8/24
  12/1 12/2 13/15 13/19 16/19 16/20
  16/22 17/16 19/10 20/16 20/20 21/3
  22/14 23/9 25/5 25/25 28/22 28/23
  29/24 30/20 30/22 37/11 39/11 40/12
  41/1 41/6 42/2 43/15 43/15 43/15
  43/24 45/7 45/23 46/1 46/2 46/13
  46/20 48/25 49/22 50/1 50/10
**wouldn't [1]**  4/8
**wrong [1]**  47/17

**Y**

**yeah [3]**  46/3 46/3 51/3
**years [2]**  4/4 36/2
**yes [20]**  2/24 4/16 6/9 10/11 11/14
  19/19 19/21 20/14 20/15 23/12 32/1
  36/20 37/15 40/23 42/6 44/9 47/24
  50/18 50/19 51/13
**yesterday [1]**  5/10
**yet [3]**  12/7 30/12 31/3
**you [206]**
**you're [11]**  5/6 12/14 13/3 17/25 18/4
  20/2 23/18 27/14 32/22 40/12 50/16
**you've [9]**  10/8 10/10 13/10 13/18 14/9
  43/3 45/22 48/9 50/17
**your [84]**
**yours [2]**  46/13 47/22
**yourself [2]**  19/4 38/18
**yourselves [1]**  48/13